# Exhibit 1

AT&T LTE 12:52 PM 86%

Messages (2) **Tony** Details

Good morning. Regarding KW. Ive told the applicant that Im against everything they are currently proposing as it would turn the area into a destination center rather than an area to serve the local community. The vast majority of surrounding residents are adamantly opposed to the proposals and don't want any of it with the exception of what has already been approved (regular sized Harris Teeter). Additionally, the road network already congested and not prepared for the area to become a destination center that will draw in outside traffic that otherwise wouldnt go there.

Cool. Thank you for letting me know

Thx

Send

AT&T LTE 12:52 PM 86%

Messages (2) **Tony** Details

Thx

Awesome! I'll be there Sunday

Cool. Hit me up

I will

Send

AT&T LTE 12:52 PM 86%

Messages (2) **Tony** Details

Dont want on ice

Want voted no

On ice isn't a legal term. They'd have to come back to the board, this would save them the fee and a month or two

That leaves it hanging over head of the residents

That is a loss

I disagree. They would have a public hearing just like if they reapplied. They're dead if we don't pass them.

I'm telling you, people might want one individual use in a few years.

They can reapply then

If they make it inactive, I'm not

Send

AT&T LTE 12:52 PM 86%

Messages (2) **Tony** Details

On ice isn't a legal term. They'd have to come back to the board, this would save them the fee and a month or two

That leaves it hanging over head of the residents

That is a loss

I disagree. They would have a public hearing just like if they reapplied. They're dead if we don't pass them.

I'm telling you, people might want one individual use in a few years.

They can reapply then

If they make it inactive, I'm not sure we can deny it now. Let me ask

Thx

Send

