# Exhibit 2



**Screenshot 1 — Tony Buffington:**
I wanted to follow up and make sure you were still OK the Kirkpatrick West IF the restaurants are sit down and not drive through? We are dealing with it this morning. Thx

Ive tried Id the developer that as of now Im against it all and they should stick with the already approved plan

Meant, Ive told

Its not consistent with the community plan as their proposals would turn the area into a destination center rather than an area to serve the local community

The road network is not prepared for a destination center and the majority

**Screenshot 2 — Tony Buffington:**
Thanks

Thank you

This is what I just sent Phyliss: Good morning. Regarding KW, Ive told the applicant that Im against everything they are currently proposing as it would turn the area into a destination center rather than an area to serve the local community. The vast majority of surrounding residents are adamantly opposed to the proposals and don't want any of it with the exception of what has already been approved (regular sized Harris Teeter). Additionally, the road network already congested and not prepared for the area to become a destination center that will draw in outside traffic that otherwise wouldnt go there.

**Screenshot 3 — Tony Buffington:**
I just sent that to Ron and Kristen also. I previously spoke with Suzane on the phone so I didnt send it to her

OK

Forward to Sept 7 mtg?

**Screenshot 4 — Tony Buffington:**
Yes

OOOK

No Inactivity. Recommend denial of drive throughs

They want to suspend the applications for drive throughs. They would be able to bring them back in future for a vote

Id rather vote them down

That leaves it hanging over the residents head

Not really. Just shortens the process. They don't have to start

**Screenshot 5 — Tony Buffington:**
Forward to Sept 7 mtg?

Id rather vote them down

That leaves it hanging over the residents head

Not really. Just shortens the process. They don't have to start over. Inactive.

Could bring back at anytime

Vote no

Yes. But they could do that anyway

Would be less likely they would try to bring it back

Im against it all Geary. And so are the constituents. The applicant

**Screenshot 6 — Tony Buffington:**
Im against it all Geary. And so are the constituents. The applicant already has an approved regular sized harris teeter. Thats all thats wanted

We dont need further discussion of drive throughs

Good

Thx

We are sending it to the September meeting with no recommendation

Thank you

Time for You to work out.

**Screenshot 7 — Tony Buffington:**
I wanted to follow up and make sure you were still OK the Kirkpatrick West IF the restaurants are sit down and not drive through? We are dealing with it this morning. Thx

Ive tried Id the developer that as of now Im against it all and they should stick with the already approved plan

Meant, Ive told

Its not consistent with the community plan as their proposals would turn the area into a destination center rather than an area to serve the local community

The road network is not prepared for a destination center and the majority