# Exhibit 3

Loudoun County Government

Home About Photos Likes More

Search for posts on this Page

9,971 people like this
Erika M. Cott and Jeanne Murphy Murck

Closes in 40 minutes 8:30AM - 5:00PM
Get additional info

Invite friends to like this Page

**ABOUT**

1 Harrison St SE
Leesburg, VA
Save

(703) 777-0100

Open
Today 8:30AM - 5:00PM

Popular hours

Mon **Tue** Wed Thu Fri Sat Sun

Typically replies within a day
*Message Now*

http://www.loudoun.gov/

**PHOTOS**

**Loudoun County Government**
3 hrs

**#Loudoun County Attorney Leo Rogers has determined that text messages sent and receive during a Board of Supervisors committee meeting did not violate the Virginia Freedom of Information Act.** http://bit.ly/29JL32Y

Like Comment Share

Doug Steger Chronological

View 1 more comment

**Virginia SGP** Ok, Loudoun County Government, you just violated a couple of constitutional amendments. I'll give you a chance to unhide that post.

1. This Facebook page is a limited public forum protected by strict scrutiny of the 1st Amendment.

2. You deleted a speech post with no objectionable content with no prior notice. That violates the procedural due process guarantees of the 14th Amendment.

3. You have provided no means for appeal or even notice that the post was deleted.. You have provided no reason why the post was deleted. That violates the censorship protections (See Huminski v Corsones).

I would respectfully request you follow the Constitution or I may have to consider filing a 42 USC 1983 case against Loudoun County.

Like Reply Just now

Write a comment...

Chat (5)

**Loudoun County Government**
21 mins

**#Loudoun County's home improvement programs offer help with preserving and rehabilitating existing affordable housing. Learn how the programs work at the next free informational seminar scheduled for Wednesday, August 3, 2016, at Rust Library. The seminar is being offered at three different times that day. Find out more at** http://bit.ly/2a9ODkF.

