# Exhibit 6

Loudoun County Government

Loudoun County

WHERE TRADITION MEETS INNOVATION

Home About Photos Likes More

Search for posts on this Page

9,971 people like this

Closes in 35 minutes 8:30AM - 5:00PM

Invite friends to like this Page

**ABOUT**

1 Harrison St SE
Leesburg, VA

Save

(703) 777-0100

Open
Today 8:30AM - 5:00PM

Popular hours

Typically replies within a day

*Message Now*

http://www.loudoun.gov/

**PHOTOS**

**Loudoun County Government**

#Loudoun County Attorney Leo Rogers has determined that text messages sent and receive during a Board of Supervisors committee meeting did not violate the Virginia Freedom of Information Act. http://bit.ly/29JL32Y

Like Comment Share

Doug Steger

Chronological

**Loudoun County Government**

#Loudoun County's home improvement programs offer help with preserving and rehabilitating existing affordable housing. Learn how the programs work at the next free informational seminar scheduled for Wednesday, August 3, 2016, at Rust Library. The seminar is being offered at three different times that day. Find out more at http://bit.ly/2a9ODkF.

Chat (5)

