# Exhibit 7

Loudoun County Government

Home About Photos Likes More

Search for posts on this Page

9,971 people like this

Closes in 25 minutes 8:30AM - 5:00PM

Invite friends to like this Page

**ABOUT**

1 Harrison St SE
Leesburg, VA

Save

(703) 777-0100

Open
Today 8:30AM - 5:00PM

Popular hours

Mon **Tue** Wed Thu Fri Sat Sun

6AM 9AM 12PM 3PM 6PM 9PM 12AM 3AM

Typically replies within a day
*Message Now*

http //www loudoun gov/

**PHOTOS**

**Loudoun County Government**

#Loudoun County Attorney Leo Rogers has determined that text messages sent and receive during a Board of Supervisors committee meeting did not violate the Virginia Freedom of Information Act. http://bit.ly/29JL32Y

Like Comment Share

1 Chronological

View 2 more comments

**Brian Davison** Hey Michael Bragg, the Loudoun County government is now censoring my posts on their page without:

1. Any prior notice

2. Any opportunity for appeal

3. Without any violation of their policies

I think it's time to file that motion for preliminary injunction against both The Official Loudoun County Public Schools board and Leo Rogers of the Loudoun County Gov't. These Loudoun officials are completely corrupt. Loudoun officials are the embodiment of "ethical filth" (credit to Dick Black for State Senate for that term).

As Judge Cacheris noted in my "parting shot", will Loudoun County book a date in federal court by continuing to censor these comments?

Randy Minchew, Jim LeMunyon, Jill Vogel

Like Reply

Chat (4)

**Loudoun County Government**

#Loudoun County's home improvement programs offer help with preserving and rehabilitating existing affordable housing. Learn how the programs work at the next free informational seminar scheduled for Wednesday, August 3, 2016, at Rust Library. The seminar is being offered at three different times that day. Find out more at http://bit.ly/2a9ODkF.

