# Exhibit 8



Home    About    Photos    Likes    More

Government Organization · Leesburg, Virginia

CLOSED NOW



9,971 people like this

Closed now · Opens Tomorrow 8:30AM - 5:00PM

Get additional info

Invite friends to like this Page

**ABOUT**

1 Harrison St SE  
Leesburg, VA    🔖 Save

(703) 777-0100

Closed now  
Closed until tomorrow 8:30AM - 5:00PM

**Popular hours**



Mon **Tue** Wed Thu Fri Sat Sun



6AM 9AM 12PM 3PM 6PM 9PM 12AM 3AM

Typically replies within a day  
Message Now

http://www.loudoun.gov/

**PHOTOS**





**Loudoun County Government**

#Loudoun County's home improvement programs offer help with preserving and rehabilitating existing affordable housing. Learn how the programs work at the next free informational seminar scheduled for Wednesday, August 3, 2016, at Rust Library. The seminar is being offered at three different times that day. Find out more at http://bit.ly/2a9ODkF.



Like    Comment    Share

💬 2



**Loudoun County Government**



**VIDEOS** >





**LIKED BY THIS PAGE** >

 Loudoun County Sh... 👍 Like

Loudoun County Electi... 👍 Like

 Loudoun County Anim... 👍 Like

**NOTES** >

**Staff Contributors**
August 3, 2010

**Comments Policy**
August 3, 2010

English (US)  Español · Português (Brasil)  +
Français (France)  Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies
More
Facebook © 2016



#Loudoun County Attorney Leo Rogers has determined that text messages sent and receive during a Board of Supervisors committee meeting did not violate the Virginia Freedom of Information Act. http://bit.ly/29JL32Y

Like   Comment   Share

💬 1                                                                Chronological ▾



**Brian Davison** Hey Michael Bragg, the Loudoun County government is now censoring my posts on their page without:

1. Any prior notice

2. Any opportunity for appeal

3. Without any violation of their policies

I think it's time to file that motion for preliminary injunction against both The Official Loudoun County Public Schools board and Leo Rogers of the Loudoun County Gov't. These Loudoun officials are completely corrupt. Loudoun officials are the embodiment of "ethical filth" (credit to Dick Black for State Senate for that term).

As Judge Cacheris noted in my "parting shot", will Loudoun County book a date in federal court by continuing to censor these comments?

Randy Minchew, Jim LeMunyon, Jill Vogel
Like  Reply  51 mins

 **Brian Davison** You do realize I took screenshots of your censorship, right?

- https://drive.google.com/.../0B5nQmOh4yk4Mam9TNzF.../view...

Randy Minchew, would you like to represent me in federal court on a 42 USC 1983 case?
Like  Reply



 **Loudoun County Government**

#Loudoun Animal Services invites you to help "Clear the Shelter" Saturday, July 23, 2016. Adoption fees will be waived during the nationwide animal adoption event. http://bit.ly/29Qfl2s



Like   Comment   Share