# Exhibit 9



Loudoun County Government

**Loudoun County Government** ✓
@LoudounCountyVa

Home | About | Photos | Likes | More

Government Organization · Leesburg, Virginia

CLOSED NOW



9,971 people like this

Closed now · Opens Tomorrow 8:30AM - 5:00PM

Invite friends to like this Page

**ABOUT**

1 Harrison St SE
Leesburg, VA                    🔖 Save

(703) 777-0100

Closed Now
Closed until tomorrow 8:30AM - 5:00PM

**Popular hours**



Typically replies within a day
Message Now

http://www.loudoun.gov/

**PHOTOS**



**Loudoun County Government**

#Loudoun County's home improvement programs offer help with preserving and rehabilitating existing affordable housing. Learn how the programs work at the next free informational seminar scheduled for Wednesday, August 3, 2016, at Rust Library. The seminar is being offered at three different times that day. Find out more at http://bit.ly/2a9ODkF.



Like    Comment    Share

💬 2

**Loudoun County Government**



**VIDEOS** >





**LIKED BY THIS PAGE** >



Loudoun County Anim...  👍 Like



Loudoun County Sh... ⊘  👍 Like



Fairfax County Gov... ⊘  👍 Like

**NOTES** >

**Staff Contributors**
August 2, 2016

**Comments Policy**
August 2, 2016

English (US)  Español  Português (Brasil)  +
Français (France)  Deutsch



#Loudoun County Attorney Leo Rogers has determined that text messages sent and receive during a Board of Supervisors committee meeting did not violate the Virginia Freedom of Information Act. http://bit.ly/29JL32Y

Like   Comment   Share

○ 1                                              Chronological ▾

 **Brian Davison** Hey Michael Bragg, the Loudoun County government is now censoring my posts on their page without:

1. Any prior notice

2. Any opportunity for appeal

3. Without any violation of their policies

I think it's time to file that motion for preliminary injunction against both The Official Loudoun County Public Schools board and Leo Rogers of the Loudoun County Gov't. These Loudoun officials are completely corrupt. Loudoun officials are the embodiment of "ethical filth" (credit to Dick Black for State Senate for that term).

As Judge Cacheris noted in my "parting shot", will Loudoun County book a date in federal court by continuing to censor these comments?

Randy Minchew, Jim LeMunyon, Jill Vogel
Like  Reply



 **Loudoun County Government**

#Loudoun Animal Services invites you to help "Clear the Shelter" Saturday, July 23, 2016. Adoption fees will be waived during the nationwide animal adoption event. http://bit.ly/29Qfl2s



Like   Comment   Share

👍❤ 11

3 shares

