# Exhibit 10

Email or Phone Password Log In
Forgot account?

Loudoun County
WHERE TRADITION MEETS

More

Likes
Videos
Notes
Events
Posts
Create a Page

**Loudoun County Government**
7 hrs

#Loudoun County Attorney Leo Rogers has determined that text messages sent and receive during a Board of Supervisors committee meeting did not violate the Virginia Freedom of Information Act. http://bit.ly/29JL32Y

1 Like 1 Comment

Doug Steger likes this.

Chronological

**Loudoun County Government**
4 hrs

#LoudounCounty's home improvement programs offer help with preserving and rehabilitating existing affordable housing. Learn how the programs work at the next free informational seminar scheduled for Wednesday, August 3, 2016, at Rust Library. The seminar is being offered at three different times that day. Find out more at http://bit.ly/2a9ODkF.

...un County Government by logging into Facebook
...n about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up Log In

Like Comment

Search for posts on this Page

PEOPLE

**9,971** likes

ABOUT

1 Harrison St SE
Leesburg, VA

(703) 777-0100

Closed Now
Closed until tomorrow 8:30AM - 5:00PM

Popular hours

Mon **Tue** Wed Thu Fri Sat Sun

6AM 9AM 12PM 3PM 6PM 9PM 12AM 3AM

http://www.loudoun.gov/

PHOTOS

VIDEOS

