# Exhibit 11











Board of Supervisors
Accessibility and Language Access
Advisory Boards, Commissions & Committees
Alert Loudoun
Budget
Constitutional Officers
County Calendar
Departments and Agencies
Courts & Public Records
Documents
Employment Opportunities
Facility Use Policy and Application
Frequently Asked Questions
Holiday Schedule
Homebuyer Information Guide
Hot Topics
How Did We Do? Online Service Response Card
Jobs
Mission & Values
News Releases
Ordinances
Privacy Practices & Security Policy
Social Media Comments Policy
State & Federal Legislators
Survey of Residents
Taxes
Use of County Facilities
Volunteer/Connect






# Social Media Comments Policy

The purpose of Loudoun County social media sites is to present matters of public interest in Loudoun County, including its residents, businesses and visitors. We encourage you to submit your questions, comments and concerns, but please note that these sites are moderated online discussion sites.

Once posted, the county reserves the right to delete submissions that contain vulgar language, personal attacks of any kind, or offensive comments that target or disparage any ethnic, racial or religious group. Further, the county also reserves the right to delete comments that:

- are spam or include links to other sites;
- are clearly off topic;
- advocate illegal activity;
- promote particular services, products, or political candidates or organizations;
- infringe on copyrights or trademarks; or
- may tend to compromise the safety or security of the public or public systems.

Violators of this policy may also be banned from posting on county social media sites.

Please note that the comments expressed on the Loudoun County social media sites do not reflect the opinions and position of Loudoun County government or its officers and employees.

If you have any questions concerning the operation of online moderated discussion, please contact the appropriate agency or email Loudoun County Public Affairs and Communications.