# Exhibit 12





Loudoun County Government

LOUDOUN COUNTY VIRGINIA 1757

Home About Photos Likes More

Search for posts on this Page

9,971 people like this

Closed now Opens Tomorrow 8 30AM - 5 00PM

Invite friends to like this Page

**ABOUT**

1 Harrison St SE
Leesburg, VA

Save

(703) 777-0100

Closed Now
Closed until tomorrow 8 30AM - 5 00PM

Popular hours

Mon **Tue** Wed Thu Fri Sat Sun

6AM 9AM 12PM 3PM 6PM 9PM 12AM 3AM

Typically replies within a day
Message Now

http //www loudoun gov/

**PHOTOS**

**Loudoun County Government**

The Virginia Department of Transportation has completed road repairs on Allder School Road between Route 287 and Purcellville Road. Allder School Road has reopened to traffic.

*The road had been closed since mid-February for emergency repairs* to the failed culvert over South Fork Catoctin Creek. The repairs cost approximately $240,000.

Allder School Road in this area averages 350 vehicles (including as many as 35 school buses) a day.

Like Comment Share

53

3 shares

Chat (4)

Chronological

**Paul Meehan** And a few Cyclist...
Like Reply

**Sam Sanderson** Maybe they should have had the highschool building plan think of things like added road traffic and you know maybe fixed it before they opened the highschool 6 years ago.
Like Reply

**Dave Brett** Anybody have an idea what the plan is for the half mile void in Tall Cedars PKWY? If so, when?
Like Reply

**VIDEOS** >



**LIKED BY THIS PAGE** >

 Loudoun County Econ... 👍 Like

Loudoun County Publi... 👍 Like

Loudoun County Anim... 👍 Like

**NOTES** >

**Staff Contributors**
August 2, 2010

**Comments Policy**
August 2, 2010

English (US)  Español  Português (Brasil)  +
Français (France)  Deutsch

Privacy  Terms  Advertising  Ad Choices  Cookies
More •
Facebook © 2016

 **Carl Hubscher** At almost quarter million dollars it would seem a pre-cast concrete item could been used at a much cheaper and equally effective. But its is Loudoun. http://americanconcrete.com/.../images/Triple-culvert.jpg



Like  Reply

 **Loudoun County Government**

#Loudoun County's home improvement programs offer help with preserving and rehabilitating existing affordable housing. Learn how the programs work at the next free informational seminar scheduled for Wednesday, August 3, 2016, at Rust Library. The seminar is being offered at three different times that day. Find out more at http://bit.ly/2a9ODkF.



Like  Comment  Share

❷ 2



 **Loudoun County Government**

#Loudoun **County Attorney Leo Rogers has determined that text messages**