# Exhibit 13



**Loudoun County Animal Services**

| Home | About | View Our Adoptable Pets! | Find Low Cost Spay/Neuter | More |

 **Loudoun County Animal Services**

Yarrrrrrr!!! Sly says he hopes you consider adopting one of his buddies at LCAS. His adoption is pending but plenty more cats, dogs, and little pets are looking for fur-ever homes! See them all online at www.loudoun.gov/animals.



Like    Comment    Share

21

2 shares



 **Loudoun County Animal Services**

It is time to PLAY!! Playgroups are incredibly important for the physical and mental health of shelter dogs. Check out this video of three awesome pups from this morning's playgroup.

567 people have been here

Closed now   Opens Tomorrow 11:30AM - 5:00PM · $

Invite friends to like this Page



4.7 of 5 stars   94 reviews

**ABOUT** >



39820 Charles Town Pike   🖫 Save
Waterford, VA

(703) 777-0406

Closed Now
Closed until tomorrow 11:30AM - 5:00PM

Price Range: $

Away

http://www.loudoun.gov/animals

**APPS**



View Our Adoptable Pets!

Find Low Cost Spay/Neuter

**PHOTOS** >



**VIDEOS** >

---

 **Loudoun County Animal Services**

**FOUND DOG!**
Please help us find his owner. He is an older, white Jack Russel or Parson Russel Terrier type dog. We think he is blind and deaf. This sweet dog was found on SPECTACULAR RUN PL in CHANTILLY, VA.

If you know anything about him, please call 703-777-0406 and use his reference number: A179809. ... See More



LCAS
FOUND DOG!
Found at Spectacular Run Pl in CHANTILLY, VA
Please Call LCAS at 703-777-0406

Like    Comment    Share

👍❤ 27                                                    Chronological ▼

144 shares

 **Elaine Szalay Cornforth** I am going to share this maybe the owners family are out here never can tell
Like  Reply  👍3

 **Arielle K. Masters** Lost & Found Dogs - DC Metro Area Virginia Pets Lost and Found Lost & Found Dogs - Virginia Lost and Found Pets of Fairfax County, VA Fairfax County Animal Shelter Friends of the Fairfax County Animal Shelter Pender Veterinary Centre Clocktower Animal Hospital Chantilly Patch
Like  Reply  👍1

 **Beverly Sparkman-Savage** Shared
Like  Reply  👍1

 **Blind/Deaf Shelter Dogs Networking/Kita Angel Network** PH page: http://www.petharbor.com/pet.asp?uaid=LODN.A179809
Like  Reply

 **Blind/Deaf Shelter Dogs Networking/Kita Angel Network** Dogs no matter what degree of lost vision or hearing or both, including total loss of both, go on living full lives in safe and secure homes. After a while they and you forget that there is an issue. I know such a dog and he is a sheer joy!!! They adapt amazingly well, do enjoy and do have a great quality of life and are the same characters, the same happy & loving dogs, if not more so, as their sighted and hearing peers. This sweet pup will be no different!!!
Like  Reply  👍1

 **Kim Cupples** Will share to help network!!
Like  Reply

**Teresa Hanisko** i will share this i also would like to know if someone can adopt him. i live in baltimore maryland and would love to be his forever home can someone let me know how to do this
Like  Reply  👍1



↪ View previous replies

 **Loudoun County Animal Services** Hi, Teresa! The process is pretty simple and you can read the full details online at https://www.loudoun.gov/index.aspx?nid=536. This little guy is still waiting out a hold period to allow an owner the opportunity to find him. Once that has past then he will be available for adoption. Feel free to email or call us with any questions. 703 777 0406 or animals@loudoun.gov
Like  Reply  👍1

↪ View more replies

 **Blind/Deaf Shelter Dogs Networking/Kita Angel Network**
http://www.lacroixtees.com/fb_directory/animal-rescue/
Like  Reply

 **Marilyn Guerra Sampson** Another thread - https://www.facebook.com/BlindDeafNetworking/photos/a.519849518158131.1073741920.225835284226224/726450294164718/?type=3&theater

## REVIEWS



**4.7 of 5 stars**

 **Kate Rynex**
5★ I can't say enough good things about this shelter. Back in Oct 2015, My Fiance and I rescued a little 6 month pit. I had...
See More

Like   Comment

**Blind/Deaf Shelter Dogs Networking/Kita Angel Network** Nelson J Meilak

SAFE!!! ADOPTED!!! Waaahooo!!! This time by a wonderful family that understands that Bon Jovi is going to need time and are willing to give him all the time

See More

Like  Reply

 **Loudoun County Animal Services** Thanks, Marilyn! We are grateful to have resources in Loudoun County and expect to make this awesome pup available for adoption once he is past his legally-mandated 10 day stray hold. We want to give his owners every possible chance to find him. In the... See More
Like  Reply  👍1

 **Andrea Brownstein**
5★ Officer Kieptach was amazing and came quickly today to help put a broken doe out of her misery. She hiked into the wood... See More

Like   Comment

 **Nikki Jackson** any updates?
Like  Reply

 **Loudoun County Animal Services** Bon Jovi was adopted by a wonderful family yesterday!
Like  Reply  👍1

 **Nikki Jackson** Ty so much for the great news
Like  Reply

 **Tell people what you think**

 Write a comment...

## LIKED BY THIS PAGE

 **Lansdowne Animal Ho...**  👍 Like

 **Loudoun County Animal Services**

There might not be a better way to start the morning: kitten kisses and purrs! ♡

(And snuggles directly after. Conrad loves to snuggle in the nook of your neck.)

 **One Loudoun Farmers ...**  👍 Like

 **Loudoun Entertainment**  👍 Like

English (US)  Español  Português (Brasil)  Français (France)  Deutsch  +

Privacy  Terms  Advertising  Ad Choices  Cookies  More
Facebook © 2016