# Exhibit 14

**Why are you deleting Facebook posts on the Loudoun County Government FB page?**

From: **Brian Davison** (bcdavison@hotmail.com)
Sent: Tue 7/19/16 4:28 PM
To:    bos@loudoun.gov (bos@loudoun.gov); attorney@loudoun.gov (attorney@loudoun.gov)
         1 attachment
         Facebook-LC-FOIA-Ruling-20160719_1624.pdf (502.8 KB)

Mr. Buona/Chair Randall,

Are you aware that the Loudoun County Government Facebook moderator is deleting my posts?  Let me give you the unfortunate facts.

1. I have a screenshot showing my post has been deleted (attached)

2. Court has ruled violation of free speech protections for ANY length of time represents an irreparable injury

3. Court has ruled that free speech restrictions are covered by strict scrutiny requiring prior notice, a listing of why the speech violated any reasonable rules, and a chance to appeal. None of these were provided.  Thus, you have also violated the 14th Amendment procedural due process

Did you know that the ACLU has contacted me wishing to provide an amicus brief in the Davison v Plowman and Davison v LCSB cases?  That's the national ACLU office, that is. Who is running the show over there?

Brian