# Exhibit 16

Print                                                                                                                          Close

## Federal Court

From: Brian Davison (bcdavison@hotmail.com)
Sent: Tue 7/19/16 4:45 PM
To:     ralph.buona@loudoun.gov (ralph.buona@loudoun.gov)
        1 attachment
        Davison v. Plowman_ 2016 U.S. Dist. LEXIS 74409.PDF (63.9 KB)

Ralph,

Have you read this opinion? Do you all really want to be testifying in federal court soon? Why is your media department censoring my posts?

Brian