# Exhibit 18

| Search for people, places and things | | Virginia SGP | Home |

**Create Page**

Recent
2016
2015



# Phyllis J. Randall
## Chair Phyllis Randall-Large
Government Official

→ Share

Timeline | About | Photos | Likes | Videos

716 people like this

Invite friends to like this Page

**ABOUT** >

Chair of the Loudoun County Board of Supervisors

https://www.loudoun.gov/chair

**PHOTOS** >





**LIKED BY THIS PAGE** >

Virginia Legislative Blac... 👍 Like

Jeanine Arnett 👍 Like

Topgolf (Loudoun) 👍 Like

**Chair Phyllis J. Randall** shared Loudoun Now's photo
9 hrs

Loudoun please be careful out there!



Loudoun Now
10 hrs                                    👍 Like Page

Loudoun County is under a dense fog advisory through 7 a.m. Thursday. Also, Goose Creek is expected to exceed flood stage overnight. Be careful out there.


Share

Jonathan Arnold and Kris Horenberger Bridge like this.

**Chair Phyllis J. Randall**
15 hrs

Loudoun: We Want to Hear from You! The Loudoun Economic Development Advisory Commission invites you to weigh in on Loudoun's Entertainment, Recreation, Shopping and Dining! Join us on Tuesday, 2/9 at 6pm.



**Loudoun County, VA**
Nighttime Economy Meeting Rescheduled for February 9, 2016



English US Privacy Terms Cookies Advertising
Ad Choices More
February 2, 2016



👍 Share

 **Chair Phyllis J. Randall** added 2 new photos
February 2 at 9:35pm

Chair Randall presents the proclamation declaring February as Black History Month in Loudoun County, Virginia. Pictured are representatives from the Douglass Alumni Association, the Loudoun Chapter of the NAACP, the Oatlands Home and Gardens, Wendall Fisher, Pastor Michelle C. Thomas, the daughter of Carr P. Cook, Jr. and the Board of Supervisors.



👍 Share

Esther Washington, Muriel Roberts Heanue, Angela Hatcher and 13 others **like this**.

 **Chair Phyllis J. Randall**
February 1 at 12:00pm

I was honored to welcome to Loudoun United States Senator Tim Kaine. Senator Kaine hosted a Field Hearing "Fighting Against a Growing Epidemic: Opium Misuse and Abuse Among Older Americans". Also joining the discussion was Attorney General Mark Herring.



Share

Karen Hieber Jimmerson, Tom Bellanca, Dorothy Kneale Raczkowski and 9 others like this.

See More Stories ▼