# Exhibit 19

Search for people, places and things | Virginia SGP | Home

**Virginia SGP ▸ Ralph Buona for Loudoun**

Ralph Buona for Loudoun, please help Chair Phyllis J. Randall out in her legal predicament. Turns out she's not a fan of criticism. So after I reported her comments at a LEAP - Loudoun Education Alliance of Parents public forum this evening (she didn't feel Vote Eric Homberger needs to disclose his conflict of interest with a charter school billionaire), she has banned me from commenting on her Facebook page. This is in spite of her campaigning on and forcing adoption of a new "ethics pledge" for the BOS. I guess it's just "do as I say not as I do" for Phyllis.

This violates at least 2 constitutional amendments. And it will be the subject of my public comments at the next BOS meeting. I would honestly like to work this out. Phyllis is not required to respond to my comments but she must allow citizens to speak without censoring based on content point of view. I'm sure you can help Phyllis to understand this.

It just reeks of irony, though. The campaign built upon an ethics pledge quickly changes to "don't make us disclose our conflicts" once the conflict hurts her politically. I would say we learned something this evening, but did we really? Did anyone actually expect Chair Phyllis J. Randall to be transparent and honest when the going got tough? I'm guessing Scott York is getting quite a chuckle right about now.

Like · Comment · Share



**View Your Post**
Your posts appear here. Page admins will also receive a notification.