# Exhibit 25

