# Exhibit 26

**Steph Smylie** Jessica Brown!!!
Like · Reply · March 18 at 10:20am

**Susan Kirkbride** Kris Batar, know any pig peeps?
Like · Reply · 1 · March 18 at 10:21am

**Batar Kris** Awwww they are chunky monkeys....lol. I don't know anyone in that area.
Once the weather gets nice those stinkers start breaking free...hopefully they have a nice home waiting for them.
Like · Reply · 1 · March 18 at 10:36am

**Susan Kirkbride** I was hoping you were part of a pig fan club that would know where they live. LOL!
Like · Reply · 1 · March 18 at 12:47pm

Write a reply...

**Susie Marshall Bassett** Victoria Whitmer
Like · Reply · March 18 at 11:37am

**Victoria Smith** Oh my gosh 😍 michael would kill me!
Like · Reply · 1 · March 18 at 11:38am

Write a reply...

**Barbara Mann Frye** Don't show this to Lexie or she will want one!
Like · Reply · March 18 at 12:34pm

**Loudoun County Animal Services** Thank you for the shares and tags! These guys are super cute but would really like to go home.

Like · Reply · 3 · March 18 at 12:42pm

**Tylee Beach Ulmer** 1 more was still on the run by the treatment plant in Lovettsville yesterday around 5 pm.
Like · Reply · March 19 at 3:39am

Write a reply...

**Wanda Keyes** They are precious. Nothing cuter than a pig. And smart too.
Like · Reply · 1 · March 18 at 1:21pm

**Roy Dale** I'll take them if you want to get rid of them
Like · Reply · March 18 at 2:57pm

**Lisa Symons Burke** Anne DeCourcy George Fred George III do you know anyone that lost some pigs??
Like · Reply · March 18 at 3:23pm

**Fred George III** Not lately. 42 years ago we lost one and took it to Brunswick.
Like · Reply · 2 · March 18 at 4:13pm

**Henry Rey** Where in Brunswick did you take it?
Like · Reply · March 18 at 4:25pm

**Anne DeCourcy George** Lol! Just told the story to Lisa and Mary Owen
Like · Reply · March 18 at 4:52pm

**Fred George III** Where Fast Eddies used to be Henry. Tom and I and about 10 others blocked one lane with it at a red light. What fun it was to watch all the hullabaloo. Just another good story for my book.
Like · Reply · 2 · March 18 at 5:15pm

**Henry Rey** Fred George III, I remembered the story. Had to ask.
Like · Reply · 1 · March 18 at 5:16pm

Write a reply...

http://www.loudoun.gov/animals

**APPS**

View Our Adoptable Pets!

Find Low Cost Spay/Neuter

**PHOTOS**

FOUND DOG!
All Fees Waived

**VIDEOS**

124
33
78
8

**REVIEWS**

4.7 ★ **4.7 of 5 stars**
107 reviews

Emily Wigginton
5★ Wonderful! We visited last weekend looking for a little black kitten and we found the perfect little babe. She has three... See More
October 1, 2016

Like · Comment

**Lisette Stickman Cunningham** Danyelle Gardner-Small
Like · Reply · March 18 at 3:31pm

**Amanda Conard** Jeff Hickman
Like · Reply · March 18 at 3:59pm

**Jeff Hickman** I'm only looking for my one little black piggy that got loose before I could pick her up at Shoemakers house
Like · Reply · 1 · March 18 at 4:22pm

Write a reply...

**Lynn Edwards Sedlak** Lisa Kraft Lee thought of you!
Like · Reply · March 18 at 4:22pm

**Lisa Kraft Lee** I know!!!
Like · Reply · March 18 at 4:31pm

Write a reply...

**Kirsten Westerfeld** Susan McMahan Westerfeld
Like · Reply · March 18 at 6:29pm

**Cheryl Hall Mills** Don't eat these pigs.
Like · Reply · March 18 at 8:20pm

**Abigail Gabriel** Kyle Gabriel
Like · Reply · March 18 at 8:44pm

**Alexandra Marie** Greg Whittaker they need a home
Like · Reply · March 18 at 8:52pm

**Kelly Parks Wagner** Those are some big pigs! I was thinking they were perhaps smaller in stature! Hope they get home or get a new home!!!
Like · Reply · March 18 at 9:22pm

**Nina Stively** They look bigger than they are in person. These guys are barely knee-high.
Like · Reply · 1 · March 20 at 11:36am · Edited

Write a reply...

**Julia Falke** What size are they?
Like · Reply · March 19 at 7:41am

**Nina Stively** They are about knee-high. The vet will come out and give them a good look over this week and give us a full summary for prospective adopters.
Like · Reply · March 21 at 9:41am

**Julia Falke** Ok
Like · Reply · March 21 at 4:26pm

Write a reply...

**Chris St John** Have their owners been found? Still at the shelter?
Like · Reply · March 20 at 8:55am

**Nina Stively** They are still here at the shelter, no owners have come forth yet.
Like · Reply · March 21 at 9:41am

Write a reply...

**Brian Davison** Are these from The Truth Behind Ayrshire Farm?
Like · Reply · April 4 at 3:38pm

**Loudoun County Animal Services** Hi Brian Davison, these pigs were reported to us as strays in Lovettsville. We have had them since 3/17 and no owner has come forward. We are still on the lookout for an owner, but if they are not reclaimed as of April 8th, we will officially be able to adopt them out to a new home.
Like · Reply · April 4 at 3:46pm

**Brian Davison** Thanks!
Like · Reply · April 4 at 3:49pm

Write a reply...

Kate Rynex
5★ I can't say enough good things about this shelter. Back in Oct 2015, My Fiance and I rescued a little 6 month pit. I had...
See More
June 30, 2016 ·

Like Comment

Tell people what you think

LIKED BY THIS PAGE

Loudoun Entertainment — Like

Friends of Loudoun Co... — Like

Virginia Animal Control... — Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More

Facebook © 2016

