# Exhibit 27

Loudoun County Animal Services Facebook Page

March 18, 2016

Screenshots from Meredith Amonson

