# Exhibit 28



Supervisor Koran Saines - Timeline



1 share

Ian Tillman Why not make a toll both to pay for it!
Like · Reply · August 12 at 6:32pm

Write a comment...

Status   Photo / Video

**Supervisor Koran Saines**
20 mins

For those in the Forest Grove area: Dominion Virginia Power has filed zoning applications with Loudoun County to construct an electric substation on a vacant parcel of land in the TransDulles Business Park, on the south side of the W&OD Trail (see map). Dominion will be holding a community meeting at 7:00 pm on Wednesday, October 19, 2016, in the Forest Grove Elementary School gymnasium and invites any interested neighbor to attend the informational meeting. There will be a b... See More

Like   Comment   Share

**Supervisor Koran Saines** shared The Plaza at Cascades Overlook's event.
3 hrs

Great event going on in Sterling this afternoon! Lots of activities for the kids to do.

**VISITOR POSTS**

Janean Buchner
February 25 at 12:14am

Thank you so much for taking the time to meet with the parents and s... See More

1 Like

Like · Comment

Mona Cosgrove
November 5, 2015 at 12:08pm

It's a Beatiful Day!!! Congradulations Mr Supervisor !!!!

Like · Comment

Adam Hamblett
November 5, 2015 at 9:21am

Congratulations on your win, Koran! Personally

**PEOPLE ALSO LIKE**

Loudoun Now
Newspaper — Like

U.S. Senator Tim Kaine
Government Official — Like

Loudoun County Fire a...
Fire Protection — Like

**LIKED BY THIS PAGE**

Sterling Playmakers — Like