# Exhibit 29

Supervisor Koran Saines Facebook Page

August 12, 2016

Screenshots from Meredith Amonson

