# Exhibit A2



# Loudoun County VIRGINIA
WHERE TRADITION MEETS INNOVATION

Search

Select Language ▼

Site Tools »

GOVERNMENT | SERVICES | BUSINESS | HOW DO I... | ABOUT LOUDOUN

Board of Supervisors

Fighting Lyme Disease

Dulles Rail Project

Sign up for Alert Loudoun

For Employees

Jobs

Report Fraud, Waste and Abuse

Home > Archive Center

**Board of Supervisors - Chair's Newsletter**  All Archives

- 12-07-16 Silver Line and December 2016 Updates
- 11-04-16 Community Forum on Teen Suicide and November Updates
- 10-20-16 Envision Loudoun and Community Forum on Teen Suicide
- 10-07-16 Ashburn Colored School Update
- 10-04-16 Strategic Planning and Fall Events
- 09-30-16 Alert-Dominion Venting Again October 3
- 09-26-16 Update to Natural Gas Odorant
- 09-26-16 Special Alert - Dominion Scheduled Venting
- August 2016 Update
- 07-21-16 Summer Updates
- 06-16-16 Thank You and Important Meetings
- 05-04-16 - Chair's Newsletter
- Reminder - State of the County Address Wednesday
- 04-19-16 State of the County Address May 25 and More
- Town Hall in Hamilton April 27, 2016
- 03-23-16 New Town Hall Date and Poll Results
- 03-02-16 March Budget Information
- 02-11-16 Timely Budget Information
- 01-26-16 Storm Recovery Updates
- 01-24-16: Winter Weather Information Update
- 01-23-16 - Update on the Winter Storm
- 01-21-16 Winter Weather Information
- 01-08-16 Chair Randall's Welcome Newsletter

VOLUNTEER/CONNECT

Facebook   Twitter
YouTube    RSS