# Exhibit A4

# Loudoun County VIRGINIA
WHERE TRADITION MEETS INNOVATION

Search

Select Language ▼

| GOVERNMENT | SERVICES | BUSINESS | HOW DO I... | ABOUT LOUDOUN |

Site Tools »

**Subscribe to News From Chair Phyllis Randall**

**View My Most Recent Newsletter**

**View Newsletter Archive**

**Board Vision and Strategic Goals**

**Contact the Board**

**Board Documents**

**Board Meetings**

**Standing Committees**

**Legislative Program**

**Countywide Election Districts Map**

Home > Government > Board of Supervisors > Chair Phyllis J. Randall > Subscribe to News From Chair Phyllis Randall

## Chair Phyllis Randall

### Subscribe to News from Chair Phyllis Randall

If you would like to receive news and information from Chair Phyllis Randall, please click on the "Subscribe here" link below, fill out the form, then click the "Sign Up" button. The submitted information will be used by the chair's office to keep you informed on news and events affecting Loudoun County. Please be aware that information you provide may be subject to disclosure under the Virginia Freedom of Information Act. Please allow at least 15 minutes for the confirmation e-mail to arrive.

Subscribe here.



 

 

Home | Contact Us | Sitemap | Accessibility | Privacy Policy | Copyright Notices    Powered by CivicPlus

**Loudoun County Government:** P.O. Box 7000, Leesburg, VA 20177 | Ph: 703-777-0100