# Exhibit A5

Silver Line and December Updates

Chair Phyllis Randall

Tue 12/6/2016 9:56 PM

Inbox

To:bcdavison@hotmail.com <bcdavison@hotmail.com>;



## Hello, Loudoun

I hope everyone had a relaxing and enjoyable Thanksgiving holiday. Thank you for attending the Envision Loudoun workshops in November. If you were not able to attend in November, there is one more workshop on Thursday, December 8 at the Cascades Senior Center, 21060 Whitfield Place in Sterling from 7:00 to 8:30 pm. Your input is very important to me and will inform Phase I of the New Comprehensive Plan development. Visit http://envision-loudoun.org to sign up for e-mail updates and learn more.

I hosted my first Community Forum on November 7, the topic was teen suicide prevention. I want to thank the moderator Neil McNerney and the panelists. The Loudoun County Community Services Board (CSB) is working with a smaller group of community members (teens and parents) to identify gaps in approaches to prevention and help fill them. The CSB is discussing next steps from the community forum including an online and print resource guide.



On November 1, the Board approved the Vision and Strategic Focus Areas from the Strategic Planning Retreat on September 16 and directed staff to develop a workplan to achieve the outcomes by December 31, 2019. I moved that we add the word 'learn' to the Vision Statement. This is an important word because we learn everyday, not just in formal education. I believe that we are correcting an oversight in the Vision Statement by adding the word 'learn.' I also accepted Supervisor Buffington's friendly amendment to change the language under the New Comprehensive Plan Outcomes to seek a balance between preserving rural areas (rural and transition policy areas) and revitalizing other areas (suburban policy area). Residents are concerned about the rural and transition policy areas and I support protecting these areas.

On November 29, the Board of Supervisors held a special meeting to discuss 11 decision points on the Silver Line Comprehensive Plan Amendment (CPAM). The goals of this CPAM are to: promote desirable land use patterns, maximize employment opportunities around metrorail, maximize tax revenue to pay for the costs

of metrorail and support a transportation system that moves residents to and from metrorail. The Board voted to reaffirm the County's Policy and Zoning Ordinance requirements to not allow residential uses inside the Ldn 65 noise contours of the Airport Impact Overlay District. I initially supported residential development at the 606 metro station. There were many numbers and studies that were presented by the airport. In the end, I decided to use common sense. If I am sitting in the 65 Ldn and 40 planes fly overhead, this makes a difference to me. It is common sense that residents would not want to live where 35 to 40 planes fly a day. I also asked staff to determine how much area is in the Broad Run Floodplain between the metro stations for a potential passive park. I want to keep the natural environment that is in the community and protect endangered species like the wood turtle. The Board forwarded the Silver Line CPAM and Countywide Transportation Plan to the Planning Commission as amended for their action and deliberation.

The last Board of Supervisors Public Hearing for the year will be Wednesday, December 14 at 6:00 pm. The Board business meeting on December 22 will be cancelled. I hope everyone has a stress-free and cheerful December.

Best Regards,

Phyllis Randall
Chair, Loudoun County Board of Supervisors
phyllis.randall@loudoun.gov

Jeanine H. Arnett
Chief of Staff
jeanine.arnett@loudoun.gov

Laura Tekrony
Legislative Aide
laura.tekrony@loudoun.gov

Elizabeth Bennis
Executive Assistant
elizabeth.bennis@loudoun.gov

## Voice for a Cause
## Dulles South Food Pantry



Neighbors Feeding Neighbors

The Dulles South Food Pantry is a multi-faith emergency food pantry providing nutritious food, personal supplies and other services to those in need in Dulles South and the surrounding area. The pantry is an all-volunteer organization focused on feeding the hungry and promoting self-sufficiency of those served. Distribution hours are the 1st and 3rd Wednesday of the month from 5:00 to 7:00 pm. A shuttle service is available for guests who need transportation assistance by calling Mike Stombock at 571-242-7120. Currently, the pantry is preparing holiday meals for local families. Please help by donating the following non-perishable, unexpired items: gift cards to local grocery stores, instant mashed potatoes, gravy (cans, jars, or dry packets), canned fruits and fruit cocktail, corn bread or corn muffin mix, dry mixes for rolls or pie crust, crispy fried onions, yams, oil, breakfast cereal and pancake mix. The pantry will have special holiday hours for donations on Saturday, December 3rd, 10th, and 17th, from 10 to 11:30 am. Please visit http://www.dsfp.org for other donation dates and times. Thank you for your generous support.

### Investing in Transportation



roadside drainage.

On November 30, VDOT announced safety improvements to the one-mile stretch of Gum Spring Road between Sweetwater Lane and Cedar Ridge Boulevard have been completed. Safety improvements include improved roadway alignment, increased lane and shoulder width and new guardrail and

On December 8, there will be a Ribbon Cutting Ceremony for the completion of Pacific Boulevard Extension or the Russell Branch Parkway project. Extension is expected to be open to traffic on December 8 in the evening.

VDOT will hold a Design Public Hearing for the Route 7/George Washington Boulevard Overpass on Thursday, December 15 from 6:30 to 8:30 pm at George Washington University, located at 20101 Academic Way in Ashburn. The purpose of this overpass project is to provide better connectivity between the University Center community plus surrounding areas and destinations south of Route 7. The project will also improve traffic operations along Route 7.

Chair Randall's staff attended a VDOT Northern Virginia Snow Briefing. For 2017, VDOT has revised reporting and risk assessment with the National Weather Service, added snow monitors and heavy equipment contracts and created a snow webpage for all information resources. Please see the snow fact sheet for more information.

## Virginia Association of Counties (VACo) Conference



On Sunday, November 13 Chair Randall was sworn in as VACo's 2016-2017 Regional Directors for Region 8. As a member of the Health and Human Services Standing Committee, Chair Randall provided input on the Health and Human Resources section of the Legislative Program. The final Legislative Program to be sent to the General Assembly included a focus on Mental Health/ Substance Abuse issues (especially in jails).



## Public Safety

On Sunday, November 27, Chair Randall and her family had breakfast with the firefighters of Station 6 in Ashburn. She believes the first responders are everyday heroes who deserve our appreciation and appropriate compensation.

## Fantasy Flight



On December 3, Chair Randall and staff participated in the "Fantasy Flight to the North Pole," to bring holiday cheer to children with life threatening medical conditions. Approximately 240 plus children and their families went on a magical journey in a special plane flying to and landing at the "North Pole." The first Fantasy Flight occurred in 1989 when United Airlines and Children's Hospice International partnered to provide kids and their families with an amazing experience. The event was a tremendous success and was eventually expanded to 92 United Airlines hubs around the world. Chair Randall loves welcoming guests and helping at this annual event.



## Christmas in Middleburg

On December 3, Chair Randall was in the 2016 Christmas in Middleburg parade. The band from John Champe High School played excellent Christmas music to set the scene and students from Mercer Middle School and Middleburg Charter School helped hand out candy and carry the banner. A special thank you to the talented students from Monroe Technology Center for making her banner. This day-long event is popular with the Chinese delegation as pictures from the procession

 of the Middleburg Hunt and hounds down Washington Street are currently featured in the Beijing airport.

### Educator for a Day at Sterling Middle School



On Friday, December 2, Chair Randall joined Mrs. Allison Pendilhe to teach her 7th grade Honors American History class at Sterling Middle School. The Educator for a Day event, organized by the Loudoun Education Association (LEA) in partnership with LCPS, invites community leaders to experience the day as a teacher. LEA believes this project brings positive community relations and helps build public support for teachers and students. Chair Randall believes teachers help shape future generations and deserve our appreciation and support.

## Other Community Events

Home for the Holidays Free Adoption Saturday: Saturday, December 10 am from 11:30 am to 5:00 pm at the Loudoun County Animal Shelter, 39820 Charles Town Pike, Waterford. Adoption fees will be waived on all adoptable cats, kittens, dogs, puppies, small pets and reptiles. Other holiday fun and festivities will include hot cocoa, cookies, holiday music, Santa and more. Loudoun County Animal Services has invited the Humane Society of Loudoun County to participate in the adoption event to find as many homes as possible for the holiday. In addition, 12 dogs from overcrowded shelters in West Virginia will make the trip to Loudoun, hoping to find families of their own. All adopters will receive a goody bag for their new pet, including toys, treats and gifts.

Citizens Advisory Committee (CAC) Application: Community leaders and interested residents from across the Washington region are invited to apply for membership on the 2017 Citizens Advisory Committee (CAC) to the National Capital Region Transportation Planning Board (TPB). The CAC is a group of 15 people who represent diverse viewpoints on transportation issues and report to the TPB, the regional body that coordinates transportation planning for the metropolitan Washington region. To apply, please complete the online application by December 9.

Thinking of a Career in Teaching? Join LCPS for an Information Night and learn how you can become a Career Switcher! Thursday, December 15, 5:30 pm to 7:30 pm, LCPS Administration Building, Room 100B, 21000 Education Court, Ashburn. Registration is free and spots are limited so hurry and register today at http://www.lcps.org/LCPSRecruitment. The Career Switcher Alternative Route to Licensure Program is designed to provide an option for career professionals to enter Virginia's classrooms. The career switcher program recognizes the life experiences of qualified individuals and provides participants with skills needed to pursue a teaching career in Virginia. Representatives from the four certified career switcher programs in Virginia will present their program offerings and be on hand to answer your questions.

Emergency Preparedness Event for Seniors: December 17, 1:00 to 3:00 pm at the Cascades Library, 21030 Whitfield Place, Potomac Falls. Celebrate the holiday season by being emergency prepared. The event is sponsored by the Loudoun County Alumnae Chapter of Delta Sigma Theta Sorority. Registration for this free event is required by December 10. To sign up, call 571-510-3117 or click here.

**STAY CONNECTED:**



Loudoun County, VA, 1 Harrison St., S.E., 5th Floor, P.O. Box 7000, Leesburg, VA 20177

SafeUnsubscribe™ bcdavison@hotmail.com
Forward this email | Update Profile | About our service provider
Sent by phyllis.randall@loudoun.gov in collaboration with

Constant Contact
Try it free today