# Exhibit A6



# CHAIR PHYLLIS J. RANDALL NEWSLETTER

## Hello Loudoun,

Thank you for speaking at the budget public hearings in February. We heard from a diverse group of residents and I appreciate you taking time out of your busy schedule to voice your opinion. I am cognizant of the need to keep property taxes as low as possible. Below is a table that provides the property tax impact for the $1.15, $1.16, and $1.17 rates compared to the current tax rate of $1.135. If you have not done so already, please take the poll at the bottom of my newsletter. I am taking all of your comments into consideration as we complete the budget process.

I will be hosting my first Town Hall on Tuesday, March 29th from 7:00 to 9:00 pm in the Village of Arcola at the Old Arcola Volunteer Fire Department, 24300 Gum Spring Road (location to be confirmed). This will be the first of many town halls that we will host during the year. Please let my staff know if you would like to have a Town Hall in your community. I want to hear from the residents in Loudoun County.

Best Regards,

Phyllis Randall
Chair, Loudoun County Board of Supervisors
phyllis.randall@loudoun.gov

Jeanine H. Arnett
Chief of Staff
jeanine.arnett@loudoun.gov

Laura Tekrony
Legislative Aide
laura.tekrony@loudoun.gov

| Type | Election | Assessed | Yearly | Monthly | Yearly | Monthly | Yearly | Monthly |
|------|----------|----------|--------|---------|--------|---------|--------|---------|

|      | District | Value | $1.15 | $1.15 | $1.16 | $1.16 | $1.17 | $1.17 |
|------|----------|-------|-------|-------|-------|-------|-------|-------|
| SF*  | Algonkian | $425,000 | $63.25 | $5.31 | $106.25 | $8.85 | $148.75 | $12.39 |
| TH** | Ashburn | $600,000 | $90.00 | $7.50 | $150.00 | $12.50 | $210.00 | $17.50 |
| SF   | Broad Run | $700,000 | $105.00 | $8.75 | $175.00 | $14.58 | $245.00 | $20.42 |
| TH   | Blue Ridge (Brambleton) | $500,000 | $75.00 | $6.25 | $125.00 | $10.42 | $175.00 | $14.58 |
| SF   | Blue Ridge (St. Louis) | $250,000 | $37.50 | $3.12 | $106.25 | $8.85 | $148.75 | $12.40 |
| SF   | Catoctin (River Creek) | $1,000,000 | $150.00 | $12.50 | $250.00 | $20.83 | $350.00 | $29.17 |
| SF   | Catoctin (Rural) | $450,000 | $67.50 | $5.62 | $112.50 | $9.38 | $157.50 | $13.12 |
| TH   | Dulles | $400,000 | $60.00 | $5.00 | $100.00 | $8.33 | $140.00 | $11.67 |
| SF   | Sterling Park | $350,000 | $52.50 | $4.38 | $87.50 | $7.29 | $122.50 | $10.21 |

*Single Family
**Town House

## Important County Dates

**Budget Work Sessions**

- Wednesday, March 2nd, 6:00pm-10:00pm
- Monday, March 7th, 6:00pm-10:00pm
- Thursday, March 10th, 6:00pm-10:00pm
- Tuesday, March 15th, 6:00pm-10:00pm
- Monday, March 21st, 6:00pm-10:00pm
- Thursday, March 24th, 6:00pm-10:00pm

**Nighttime Economy Public Input Meeting**

- Monday, March 14, 6:00-8:00pm, BLVD Loudoun Station, 43805 Central Station Drive in Ashburn. Loudoun County residents and businesses are being asked to comment on recommendations for stimulating growth of the county's retail, entertainment and cultural amenities to help attract and retain a skilled workforce for Loudoun businesses.

**FY2017 Budget Adoption**

- Tuesday, April 5, 5:00pm-9:00pm

## I-66 Design Public Hearings

The Virginia Department of Transportation (VDOT), in partnership with the Virginia Department of Rail and Public Transportation (DRPT), will host I-66 Inside the Beltway Design Public Hearings on March 7, 8 and 9, 2016. Information on how

dynamically-priced toll lanes will operate, as well as proposed locations of toll gantries and pricing signs will be provided. All of the hearings include the opportunity to view project displays and attend a formal presentation, followed by a public comment period.  All hearing times are 6-8 pm, with a brief presentation beginning at 6:30 p.m.

Monday, March 7, 2016
Washington-Lee High School Cafeteria
1301 N. Stafford Street, Arlington, VA 22201

Tuesday, March 8, 2016
Eagle Ridge Middle School Cafeteria
42901 Waxpool Road, Ashburn, VA 20148

Wednesday, March 9, 2016
Visit Transform66.org to view a live stream beginning at 6:30 p.m.
VDOT Northern Virginia District Office
4975 Alliance Drive, Fairfax, VA 22030

## Voice for a Cause



Loudoun Volunteer Caregivers is a corps of volunteers who help elderly and disabled adults in Loudoun County to remain living independently and with quality of life.  Volunteers provide assisted transportation, shopping, visiting, money management, minor home repairs, and help to reduce the isolation and depression that seniors and disabled adults often experience.  Volunteer when and where you want, as little or as much as you would like. Last year, our volunteers helped 255 individuals with almost 4,000 services, gave over 6,500 hours and drove approximately 74,000 miles.  To become a volunteer or to donate and help our neighbors, please visit http://www.lvcaregivers.org.

## African American History Month Celebration

Chair Randall was the guest speaker at the Department of Interior celebration. She is pictured with Ms. Alesia Pierre-Louis, Chief Learning Officer and Director, Office of Strategic Employee and Organization Development and Mr. Keith O'Neill, Associate Director, Interior Business Center, Acquisition Services Directorate, who hosted the event.



# Youth Opportunities

**Summer Interns Needed**
The US Department of Education is accepting applications for the Summer 2016 Summer Volunteer Internship Program through March 15. For information on how to apply, please visit http://blog.ed.gov/2016/02/ed-seeks-summer-interns-2.

**Student Art Contest**
The Loudoun Targets Lyme Art Contest offers middle and high school students a chance to explore through art how Lyme disease has impacted the community. Deadline to submit an entry is Tuesday, March 15, 2016 at 5:00 pm. More information and an entry form is available at www.loudoun.gov/lymecommission.

**Free Teen Driver Training Program**
Ford Driving Skills for Life will be March 19-20 at the Washington Dulles International Airport, Purple Public Parking Economy Lot, 44930 Rudder Road. Teens will drive vehicles on a closed course under supervision of professional instructors. Registration is limited, please visit www.drivingskillsforlife.com.

## HOA Forum: Common Space for the Greater Good

**When:** Thursday, March 10th, 5pm-9pm
**Where:** Algonkian Park-Woodlands Conference Center, Sterling, VA
**What:** This first-of-its kind event is an innovative launching platform to inspire and empower homeowners associations (HOAs), their managers and landscapers to adopt environmentally and economically sustainable landscaping practices for healthier communities. Cost is free and food and refreshments will be served. Please visit http://www.pecva.org/events/hoa-forum-common-space-for-the-greater-good for more information and to register.



## Text to 911 Available in Loudoun County

Beginning Tuesday, March 1, the Loudoun County Emergency Communications Center (ECC) will have the capability to receive text messages to 911. Text to 911 allows residents to send a text message from a mobile device instead of placing a phone call..

Take our Quick Poll

## Budget Resources:
If you would like to brush-up on the FY2017 budget, you may find this information helpful:

- County Administrator's Proposed FY2017 Budget
- LCPS FY2017 Superintendent's Proposed Operating Budget
- LCPS FY2017-FY2022 Capital Improvement Program (CIP)

STAY CONNECTED:





Trusted Email from
Constant Contact®

Try it FREE today

Loudoun County, VA | 1 Harrison St., S.E., 5th Floor | P.O. Box 7000 | Leesburg | VA | 20177