# Exhibit A7

# Chair Phyllis J. Randall



## Town Hall Meeting

### Wednesday, April 27, 7:00 to 8:30 pm

**Hamilton Elementary**

**54 South Kerr Street, Hamilton**

Loudoun County Board of Supervisors Chair Phyllis J. Randall is very interested in hearing from the residents in and around the Town of Hamilton. This Town Hall meeting is open to the public and all are encouraged to attend. In addition to Chair Randall, Catoctin District Supervisor Geary Higgins will attend and Catoctin District School Board Eric DeKenipp may attend provided his schedule permits him to do so. We invite you to submit your questions in advance via email to Laura.Tekrony@loudoun.gov and hope to see you on April 27th!