# Exhibit A9

Square Dashboard × | Inbox - jeaninearnett@g × | (2) Chair Phyllis J. Randa ×

https://www.facebook.com/Chair-Phyllis-J-Randall-1726409590911855/settings/?tab=admin_roles

Apps | Bookmarks | Google | BoS Webmail | https://www.faceboo | BoS Meeting Docum | Loudoun County Intr | Loudoun County Ma | Loudoun Online Lanc | Capital One 360 - Lo

Chair Phyllis J. Randall | Jeanine | Home

Page | Messages 11 | Notifications 4 | Insights | Publishing Tools | **Settings** | Help

- General
- Messaging
- Edit Page
- Post Attribution
- Notifications
- **Page Roles**
- People and Other Pages
- Preferred Page Audience
- Apps
- Partner Apps and Services
- Instagram Ads
- Featured
- Crossposting

**Everyone who works on your Page can have a different role depending on what they need to work on. Learn more.**

Type a name or email

**Editor**
Can send messages and publish as the Page, respond to and delete comments on the Page, create ads, see which admin created a post or comment, view insights, respond to and delete Instagram comments from the Page and edit Instagram account details from the Page.

+ Add Another Person

## Admins

Admins can manage all aspects of the Page. They can: send messages and publish as the Page, respond to and delete comments on the Page, create ads, see which admin created a post or comment, view insights, respond to and delete Instagram comments from the Page, edit Instagram account details from the Page and assign Page roles

**Phyllis Randall**
Admin

**Jeanine Henderson Arnett**
Admin

Save

YOUR GAMES MORE

RECOMMENDED GAMES MORE

**Nia Gholston reacted to Da Isajurk's post.**

**Lori Carter commented on Suzie Monroe's live video.**

**Jennifer Montgomery likes Leesburg Police Department, Leesburg VA's photo.**

**Essala Lowe- DeJesus likes Marquel Smith Forbes's post.**

Patrice Lancaster

Alison Jernigan Mur... 1m

GROUP CONVERSATIONS

Thanksgiving

Search

https://www.facebook.com/Chair-Phyllis-J-Randall-1726409590911855/settings/?tab=admin_roles#

7:03 PM
12/2/2016

