# Exhibit 18




Search Facebook

Chair Phyllis J. Randall

About

Photos

Likes

Videos

Posts

··· More

**Chair Phyllis J. Randall**
10 hrs ·

Loudoun, have you heard? Everyone is talking about #LoudounPossible. If you want to be in the know visit www.Loudounpossible.com

Like Comment Share

3

Write a comment...

**Chair Phyllis J. Randall**
10 hrs ·

Making business dreams #LoudounPossible requires the backing of a business-friendly Board of Supervisors. We have that here in Loudoun County, and we're ready to work with you!

Chair Phyllis J. Randall Ralph Buona for Loudoun Supervisor Geary Higgins Supervisor Matt Letourneau Tony Buffington, Blue Ridge Supervisor Suzanne Volpe Supervisor Koran Saines Kristen Umstattd, Leesburg Ron Meyer

Government Official

Search for posts on this Page

1,002 people like this
Meredith Amonson and Eileen Mary Murdock

Invite friends to like this Page

ABOUT

Chair of the Loudoun County Board of Supervisors

https://www.loudoun.gov/chair

PHOTOS

Chat (2)

VIDEOS

