# Exhibit 19

 Help Center                                                                                      ⤴ Return to Facebook

Home    Using Facebook    Managing Your Account    Privacy and Safety    Policies and Reporting    ✉ Support Inbox

## Blocking People

How can I stop someone from contacting me?

What is blocking? What happens when I block someone?

You can block someone to prevent them from seeing things you post on your profile, starting conversations with you or adding you as a friend. Blocking someone you're friends with will automatically unfriend them.

People you block won't be able to:

- See things you post on your profile

- Tag you in posts, comments or photos

- Invite you to events or groups

- Start a conversation with you

- Add you as a friend

When you block someone, you also won't be able to do things like start a conversation with them or add them as a friend. Keep in mind that blocking someone may not prevent all communications or interactions (ex: in apps or groups) and only affects your interactions with that person on Facebook.

Note: When you unblock someone, you won't automatically be friends again. If you block a friend and then unblock them, you'll need to send them a new friend request.

How helpful did you find this answer?                                    View Full Article · Share Article
☹ ☹ ☺ ☺ ☺

How do I block someone?

How do I unblock someone?

Who can add me as a friend?

What if I can't find the person I want to block?

If I block someone, will they be notified?

After I block someone, can I see anything about that person?

How do I block someone from following me?

| | | | |
|---|---|---|---|
| Facebook © 2016 | About | Ad Choices | Terms & Policies |
| English (US) | Privacy | Create Ad | Cookies |
| | Careers | Create Page | |