# Exhibit 20

Help Center | Return to Facebook

Home | Using Facebook | Managing Your Account | Privacy and Safety | Policies and Reporting | Support Inbox

## How to Report Things

**Don't have a Facebook account?**

Learn more about how you can report potential abuse on Facebook.

The best way to report abusive content or spam on Facebook is by using the **Report** link that appears near the content itself. Here are some examples of how you can report content to us:

Profiles

Posts

Posts on Your Timeline

Photos and Videos

Messages

Pages

Groups

Ads

Events

Fundraisers

Questions

Comments

Something I Can't See

Facebook © 2016 | About | Ad Choices | Terms & Policies
English (US) | Privacy | Create Ad | Cookies
 | Careers | Create Page |