# Exhibit 21



**Attorney General Mark Herring**
@AGMarkHerring

- About
- Photos
- Reviews
- Likes
- Videos
- Posts

··· More ▼

**Attorney General Mark Herring**
September 15 at 2:14pm

BREAKING: The Supreme Court of Virginia has DENIED legislators' attempt to hold Governor McAuliffe in contempt over his work to restore Virginians' voting rights.

> Upon a Petition for Writs of Mandamus and Prohibition
>
> On September 1, 2016, Petitioners filed a "Motion for an Order Requiring Respondents to Show Cause Why They Should Not Be Held in Contempt for Violating the Writ of Mandamus" in this Court. Upon the Motion, the response of the Respondents, and the Reply in Support of Petitioners' Motion for an Order to Show Cause, Petitioners' request that they be permitted discovery is denied. Further, the Petitioners' Motion for an Order to Show Cause against the Respondents is denied.

👍 Like    💬 Comment    ➤ Share

9      Top Comments ▼

1 share

Write a comment...

**Anthony Miner OConnell** Common sense wins! -------------.
It's establishment stuff like the following that makes people vote for Donald Trump.... See More
Like · Reply · September 15 at 3:09pm

View 1 more comment

**Attorney General Mark Herring** added 3 new photos.
September 1 at 8:31pm

Great day in Hampton Roads where AG Herring got to talk to young leaders about police/community relations and we saw our new "Give It, Get It" program in action! We're trying to help build trust and lines of communication between young people and their police departments.

---

Law Practice · Richmond, Virginia
2.3 ★★☆☆☆ Opens Monday

Search for posts on this Page

4,712 people like this
Eileen Mary Murdock

21 people have been here

Opens Monday · 8:30AM - 5:30PM
Get additional info

Invite friends to like this Page

2.3 of 5 stars · 768 reviews
View Reviews

**ABOUT**



Kanawha
Chat (3)
900 E Main St
Richmond, VA 23219

(804) 786-2071

Closed Now
Closed until Monday 8:30AM - 5:30PM

http://www.oag.state.va.us/

**PHOTOS**