# Exhibit 22



# ⚡ Help Center

Hi Brian, how can we help?

🏠 **Desktop Help** ▸ **Pages** ▸ **Managing a Page** ▸ **Basic Information**                    English (US)

---

**Basic Page Information**

Username

Profile Picture & Cover Photo

Tabs & Apps

Back

## Pages Basics

Facebook Pages help businesses, organizations and brands share their stories and connect with people. Like Pages you're interested in to get updates about their activity.

How are Pages different from personal profiles?

Personal profiles are for non-commercial use and represent individual people. You can follow profiles to see public updates from people you're interested in but aren't friends with. Pages look similar to personal profiles, but they offer unique tools for businesses, brands and organizations. Pages are managed by people who have personal profiles. You can like a Page to see updates in News Feed.

Keep in mind that each person who signs up for Facebook has one account with login information. Each account can have one personal profile and manage multiple Pages.

Related topics:

• How do I create a Page?

• Should I create a Page or allow people to follow my public updates from my personal account?

• Why should I convert my personal account to a Facebook Page?

How helpful did you find this answer?           View Full Article · Share Article

☹ 😠 😐 🙂 😊

Should I create a Page or allow people to follow my public updates from my personal account?

How are Pages different from groups? Which one should I create?

I have a Facebook Group. Can it be converted into a Page?

Learn about converting your personal account to a Facebook Page.

About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Ad Choices ▷    Terms    Help

Facebook © 2016
English (US)