# Exhibit 24

f

Chair Phyllis J. Randall



# Chair Phyllis J. Randall

Home
About
Photos
Likes
Videos
Posts



1  1  1  ... More ▼

**Chair Phyllis J. Randall** added 2 new photos.
April 20 ·

These wonderful young people are Mrs. Robinson's fourth grade class at Rosa Lee Carter Elementary School. I had a great time with them today discussing history and leadership. Thanks for inviting me to your school and your class.
Loudoun, our future is in good hands



👍 Like    💬 Comment    ➤ Share

👍❤ 48                                    Chronological ▼

1 share                                   7 Comments



Derek Summers Nice looking group!

1  Search for posts on this Page

1,002 people like this
Meredith Amonson and Eileen Mary Murdock



Invite friends to like this Page

**ABOUT**  ›

Chair of the Loudoun County Board of Supervisors

https://www.loudoun.gov/chair

**PHOTOS**  ›



○ Chat (2)

**VIDEOS**  ›




Like · Reply · 👍2 · April 20 at 7:19pm


**Pat DiBari** Great picture!
Like · Reply · 👍2 · April 20 at 10:22pm


**Tamar Datan** Our future is in great hands Phyllis Randall !!!
Like · Reply · 👍1 · April 20 at 10:56pm


**Priscilla Martinez** We are indeed in good hands — yours now, theirs later.
Like · Reply · 👍1 · April 20 at 11:59pm


**Priscilla Godfrey** Ditto to what Priscilla said
Like · Reply · April 23 at 4:56pm


**Virginia SGP** In good hands now? Are you kidding? The Official Loudoun County Public Schools board members are violating laws (COIA) and depriving their constituents of constitutional rights and we don't hear a peep from Chair Phyllis J. Randall. How exactly is that good hands? If LCPS had banned parents because of their race or religion, maybe Randall would speak out. But Randall doesn't want any criticism of any gov't official. She would block my comments on this page if the county attorney hadn't told her it was illegal. But she refuses to speak out against clear violations of law by our school board. Maybe she can explain the financial damages that are coming to Loudoun after the civil rights trial....
Like · Reply · April 30 at 10:01am


**Chair Phyllis J. Randall** Brian, just to set the record straight, I NEVER had a conversation with the County Attorney or anyone in his office about blocking you. When I asked him about this assertion he had no idea what you were speaking about. I did indeed block you, that block lasted for about 12 HOURS, that was all. I, without any discussion with the County Attorney decided that blocking you was not correct and not the type of leader I wished to be. I unblocked you even knowing that you often make false statements on public sites. You may choose to continue saying the County Attorney was involved but it's simply not true.
Like · Reply · 👍2 · April 30 at 10:28am · Edited


Write a comment...

---

**Chair Phyllis J. Randall**
13 hrs · 🌐

Loudoun, have you heard? Everyone is talking about #LoudounPossible. If you want to be in the know visit www.Loudounpossible.com



👍 Like    💬 Comment    ↪ Share

---


👍 24


👍 3    💬 1

**PEOPLE ALSO LIKE**


**Kristen Umstattd, Lees...**
Community                   👍 Like


**Loudoun County Comm...**
Community                   👍 Like


**Loudoun Now**
Newspaper                   👍 Like

**LIKED BY THIS PAGE**    >




**Topgolf (Loudoun)**       👍 Like


**Loudoun Times-Mirror**    👍 Like


**Virginia Secretary of th...**  👍 Like

English (US) · Español · Português (Brasil) ·    +
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2016