Loudoun County Animal Services - Timeline  Case 1:16-cv-00932-JCC-IDD  Document 70-1  Filed 03/06/17  Page 1 of 3 PageID# 812

EXHIBIT 25



# Loudoun County Animal Services
@loudounanimals

- Home
- About
- View Our Adoptable Pets!
- Find Low Cost Spay/Neuter
- Photos
- Videos
- Likes
- Reviews
- Events

 **Loudoun County Animal Services** added 2 new photos.
March 18

Our three little pot bellied pigs would love to say wee, wee, wee and go all the way home! We have 3 stray pot bellied pigs that were found in Lovettsville yesterday. If you know someone missing their pigs, please send them our way! In the meantime, these guys will be snacking and sunning while they wait for their owners. 703-777-0406 www.loudoun.gov/animals



Like    Comment    Share

110

104 shares

Chronological

 **Nancy Reed Koory** Pam Wayland
Like · Reply · March 18 at 10:16am



7,177 people like this
Meredith Amonson

592 people have been here

Opens at 11:30am · 11:30AM - 5:00PM · $
Get additional info

Invite friends to like this Page

4.7 of 5 stars · 107 reviews
View Reviews

**ABOUT**

39820 Charles Town Pike    Save
Waterford, VA 20197

(703) 777-0406
Chat (4)
Today 11:30AM - 5:00PM

Popular hours



Mon  Tue  Wed  Thu  Fri  **Sat**  Sun

6AM  9AM  12PM  3PM  6PM  9PM  12AM  3AM

Price Range: $
Away
Message Now

 **Steph Smylie** Jessica Brown!!!
Like · Reply · March 18 at 10:20am

 **Susan Kirkbride** Kris Batar, know any pig peeps?
Like · Reply · 1 · March 18 at 10:21am

     **Batar Kris** Awwww they are chunky monkeys....lol. I don't know anyone in that area.
Once the weather gets nice those stinkers start breaking free...hopefully they have a nice home waiting for them.
Like · Reply · 1 · March 18 at 10:36am

    **Susan Kirkbride** I was hoping you were part of a pig fan club that would know where they live. LOL!
Like · Reply · 1 · March 18 at 12:47pm

    Write a reply...

 **Susie Marshall Bassett** Victoria Whitmer
Like · Reply · March 18 at 11:37am

     **Victoria Smith** Oh my gosh  michael would kill me!
Like · Reply · 1 · March 18 at 11:38am

    Write a reply...

 **Barbara Mann Frye** Don't show this to Lexie or she will want one!
Like · Reply · March 18 at 12:34pm

**Loudoun County Animal Services** Thank you for the shares and tags! These guys are super cute but would really like to go home.



Like · Reply ·  3 · March 18 at 12:42pm

     **Tylee Beach Ulmer** 1 more was still on the run by the treatment plant in Lovettsville yesterday around 5 pm.
Like · Reply · March 19 at 3:39am

    Write a reply...

 **Wanda Keyes** They are precious. Nothing cuter than a pig. And smart too.
Like · Reply · 1 · March 18 at 1:21pm

**Roy Dale** I'll take them if you want to get rid of them
Like · Reply · March 18 at 2:57pm

**Lisa Symons Burke** Anne DeCourcy George Fred George III do you know anyone that lost some pigs??
Like · Reply · March 18 at 3:23pm

     **Fred George III** Not lately. 42 years ago we lost one and took it to Brunswick.
Like · Reply · 2 · March 18 at 4:13pm

    **Henry Rey** Where in Brunswick did you take it?
Like · Reply · March 18 at 4:25pm

    **Anne DeCourcy George** Lol! Just told the story to Lisa and Mary Owen
Like · Reply · March 18 at 4:52pm

     **Fred George III** Where Fast Eddies used to be Henry. Tom and I and about 10 others blocked one lane with it at a red light. What fun it was to watch all the hullabaloo. Just another good story for my book.
Like · Reply · 2 · March 18 at 5:15pm

    **Henry Rey** Fred George III, I remembered the story. Had to ask.
Like · Reply ·  1 · March 18 at 5:16pm

    Write a reply...

http://www.loudoun.gov/animals

**APPS**

 View Our Adoptable Pets!

 Find Low Cost Spay/Neuter

**PHOTOS** >



**VIDEOS** >



**REVIEWS** >

 **4.7 of 5 stars**
107 reviews

 Emily Wigginton
5★ Wonderful! We visited last weekend looking for a little black kitten and we found the perfect little babe. She has three... See More
October 1, 2016

  Like   Comment

**Lisette Stickman Cunningham** Danyelle Gardner-Small
Like · Reply · March 18 at 3:31pm

**Amanda Conard** Jeff Hickman
Like · Reply · March 18 at 3:59pm

> **Jeff Hickman** I'm only looking for my one little black piggy that got loose before I could pick her up at Shoemakers house
> Like · Reply · 👍 1 · March 18 at 4:22pm
>
> Write a reply...

**Lynn Edwards Sedlak** Lisa Kraft Lee thought of you!
Like · Reply · March 18 at 4:22pm

> **Lisa Kraft Lee** I know!!!
> Like · Reply · March 18 at 4:31pm
>
> Write a reply...

**Kirsten Westerfeld** Susan McMahan Westerfeld
Like · Reply · March 18 at 6:29pm

**Cheryl Hall Mills** Don't eat these pigs.
Like · Reply · March 18 at 8:20pm

**Abigail Gabriel** Kyle Gabriel
Like · Reply · March 18 at 8:44pm

**Alexandra Marie** Greg Whittaker they need a home
Like · Reply · March 18 at 8:52pm

**Kelly Parks Wagner** Those are some big pigs! I was thinking they were perhaps smaller in stature! Hope they get home or get a new home!!!
Like · Reply · March 18 at 9:22pm

> **Nina Stively** They look bigger than they are in person. These guys are barely knee-high.
> Like · Reply · 👍 1 · March 20 at 11:36am · Edited
>
> Write a reply...

**Julia Falke** What size are they?
Like · Reply · March 19 at 7:41am

> **Nina Stively** They are about knee-high. The vet will come out and give them a good look over this week and give us a full summary for prospective adopters.
> Like · Reply · March 21 at 9:41am
>
> **Julia Falke** Ok
> Like · Reply · March 21 at 4:26pm
>
> Write a reply...

**Chris St John** Have their owners been found? Still at the shelter?
Like · Reply · March 20 at 8:55am

> **Nina Stively** They are still here at the shelter, no owners have come forth yet.
> Like · Reply · March 21 at 9:41am
>
> Write a reply...

**Brian Davison** Are these from The Truth Behind Ayrshire Farm?
Like · Reply · April 4 at 3:38pm

> **Loudoun County Animal Services** Hi Brian Davison, these pigs were reported to us as strays in Lovettsville. We have had them since 3/17 and no owner has come forward. We are still on the lookout for an owner, but if they are not reclaimed as of April 8th, we will officially be able to adopt them out to a new home.
> Like · Reply · April 4 at 3:46pm
>
> **Brian Davison** Thanks!
> Like · Reply · April 4 at 3:49pm
>
> Write a reply...



**Kate Rynex**
5★ I can't say enough good things about this shelter. Back in Oct 2015, My Fiance and I rescued a little 6 month pit. I had...
See More
June 30, 2016

👍 Like    💬 Comment

  Tell people what you think

**LIKED BY THIS PAGE**                                  >

Loudoun Entertainment    👍 Like

Friends of Loudoun Co...    👍 Like
FLCAS

Virginia Animal Control...    👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

+
     Privacy · Terms · Advertising · Ad Choices ▷
· Cookies · More ▾

Facebook © 2016