
EXHIBIT 26

# Loudoun County Animal Services Facebook Page

## March 18, 2016

### Screenshots from Meredith Amonson

 **Lisa Symons Burke**
Anne DeCourcy George Fred George III do you know anyone that lost some pigs??
Like · Reply · More · Mar 18
Henry Rey replied · 5 replies

 **Lisette Stickman Cunningham**
Danyelle Gardner-Small
Like · Reply · More · Mar 18

 **Lisa Tilley Svendsen**
Mara Bauserman?
Like · Reply · More · Mar 18

 **Mara Bauserman**
Not my pigs but they are super cute ☺
Like · 👍 1 · Reply · More · Mar 18

 Write a reply



 **Lisa Tilley Svendsen**
Mara Bauserman?
Like · Reply · More Mar 18

 **Mara Bauserman**
Not my pigs but they are super cute ☺
Like · 👍 1 · Reply · More Mar 18

 Write a reply..



 **Amanda Conard**
Jeff Hickman
Like · Reply · More · Mar 18
Jeff Hickman replied · 1 reply

 **Lynn Edwards Sedlak**
Lisa Kraft Lee thought of you!
Like · Reply · More · Mar 18