

**Lisa Tilley Svendsen**
Mara Bauserman?

Like  Reply  More  Mar 18



**Mara Bauserman**
Not my pigs but they are super cute 😊

Like · 👍 1 · Reply · More  Mar 18



**Meredith Amonson**
Mara, do you rescue pot belly pigs?

Like  Reply  More  5 minutes ago



**Mara Bauserman**
Meredith - yes, but we are very much at capacity. We have 9 or so. It the one you are inquiring about spayed or neutered?

Like  Reply · More  3 minutes ago



**Meredith Amonson**
Sorry, not able to adopt. I was interested in who around nova rescues and has room.

Like · Reply · More · Just now