# Supervisor Koran Saines
@Koran4Sterling

- About
- Photos
- Likes
- Videos
- Events
- Posts

Status | Photo / Video

**Supervisor Koran Saines** shared The Plaza at Cascades Overlook's event.
1 hr

Great event going on in Sterling this afternoon! Lots of activities for the kids to do.

OCT 15 — **Down On The Farm - Sat 10/15, 3-5pm.**
Today 3 PM · Sterling
29 people interested · 12 people going
★ Interested

👍 2

Like | Comment | Share

**Supervisor Koran Saines** shared YMCA Loudoun County's event.
11 hrs

Join me and other elected officials tomorrow at the Grand Opening and the Ribbon Cutting Ceremony of YMCA Loudoun County's new Youth Development Center in Sterling from 11-1 pm.

After the Ribbon Cutting Ceremony there will be exciting activities for

**Public Figure**

1,321 people like this
Eileen Mary Murdock

Invite friends to like this Page

**ABOUT**

Koran Saines is the Supervisor for the Sterling District seat on the Loudoun County Board of Supervisors.

Typically replies within a few hours
Message Now

http://www.koranforsterling.com/

**PHOTOS**

**VIDEOS**