

# Supervisor Koran Saines
@Koran4Sterling

- Home
- About
- Photos
- Likes
- Videos
- Events

**Supervisor Koran Saines**
August 12

At our community meeting on Tuesday we discussed the long term permanent solution of a bridge or underpass at the Sterling Boulevard crossing of the W&OD Trail. At many other locations along the trail, such a crossing exists.

We will need to acquire funding for this project and so we need your help and support in doing so!

Funding from regional, state and/or federal sources will make a substantial positive impact towards funding this solution, and possibly help accelerate the timeline in completing such a project.

I encourage you to reach out to your representatives below requesting they work with our office in funding this much needed improvement, and ask that you CC me on your emails at Koran.Saines@Loudoun.gov

For our regional partner you can contact NOVA Parks via email at feedback@nvrpa.org

The Sterling district's state level representatives are State Senator Jennifer Wexton, State Senator Barbara Favola, Delegate John Bell, Delegate Jennifer B. Boysko, and Delegate Kathleen Murphy.

Their emails are respectively:
District33@senate.virginia.gov
District31@senate.virginia.gov
DelJBell@house.virginia.gov
DelJBoysko@house.virginia.gov
DelKMurphy@house.virginia.gov

Our federal representatives are Senator Mark Warner, U.S. Senator Tim Kaine, and Congresswoman Barbara Comstock.

Their phone numbers are respectively:
202-224-2023 (Warner)
202-224-4024 (Kaine)
202-225-5136 (Comstock)

Together with your input and our work with our other government officials, we locally here on the Board of Supervisors can bring the solution on the W&OD that Sterling deserves!

Like   Comment   Share

13   Top Comments

**ABOUT**

Koran Saines is the Supervisor for the Sterling District seat on the Loudoun County Board of Supervisors.

Typically replies within a few hours
Message Now

http://www.koranforsterling.com/

**PHOTOS**

**VIDEOS**

1,321 people like this
Eileen Mary Murdock

Invite friends to like this Page

1 share

Write a comment...

**Ian Tillman** Why not make a toll both to pay for it!
Like · Reply · August 12 at 6:32pm

Write a comment...

Status  Photo / Video

**Supervisor Koran Saines**
20 mins

For those in the Forest Grove area: Dominion Virginia Power has filed zoning applications with Loudoun County to construct an electric substation on a vacant parcel of land in the TransDulles Business Park, on the south side of the W&OD Trail (see map). Dominion will be holding a community meeting at 7:00 pm on Wednesday, October 19, 2016, in the Forest Grove Elementary School gymnasium and invites any interested neighbor to attend the informational meeting. There will be a b... See More

1

Like    Comment    Share

**Supervisor Koran Saines** shared The Plaza at Cascades Overlook's event.
3 hrs

Great event going on in Sterling this afternoon! Lots of activities for the kids to do.



**VISITOR POSTS**

**Janean Buchner**
February 25 at 12:14am

Thank you so much for taking the time to meet with the parents and s... See More

1 Like

Like · Comment

**Mona Cosgrove**
November 5, 2015 at 12:08pm

It's a Beatiful Day!!! Congradulations Mr Supervisor !!!!

Like · Comment

**Adam Hamblett**
November 5, 2015 at 9:21am

Congratulations on your win, Koran! Personally

**PEOPLE ALSO LIKE**

**Loudoun Now**
Newspaper — Like

**U.S. Senator Tim Kaine**
Government Official — Like

**Loudoun County Fire a...**
Fire Protection — Like

**LIKED BY THIS PAGE**

**Sterling Playmakers** — Like