

EXHIBIT 30

# Supervisor Koran Saines Facebook Page

August 12, 2016

Screenshots from Meredith Amonson



11:53 AM

...other government officials, we locally here on the Board of Supervisors can bring the solution on the W&OD that Sterling deserves!

Like   Comment   Share

13

Write a comment...

**Mary Russell Tenshaw**
Honestly any crossing needs to be a bridge or underpass where traffic is heavy- why risk safety.
Like · Reply · More · Aug 12

**Ian Tillman**
Why not make a toll both to pay for it!
Like · Reply · More · Aug 12