

EXHIBIT 31

