

EXHIBIT
32



| Loudoun Now | 1 | d ▾ | 🔊 Following ▾ | 1 | 1 |



## Supervisor Matt Letourneau

Home

About

Endorsements

Photos

Likes





 **Supervisor Matt Letourneau**
23 hrs · ❤

Last night, the Board of Supervisors held a work session on our FY18 Capital Improvement Plan, and tonight we'll be meeting with the School Board to discuss their budget request. As the budget process progresses, there will be several opportunities for in-person public comment. Those are:

Tuesday, February 28 – 6:00 p.m., Loudoun County Government Center
Thursday, March 2 – 3:00 p.m., Loudoun County Government Center
Saturday, March 4 – 9:00 a.m. – 12:00 p.m., Loudoun County Public Schools Administration Building (21000 Education Court, Ashburn)

In addition, you can always email loudounbudget@loudoun.gov

Throughout the month of March, the Board will be having worksessions on departmental requests and the capital plan. At this stage, our process looks very smooth thanks to very strong economic (and revenue) growth during the past fiscal year and steady assessments.

👍 Like          💬 Comment          ↗ Share           ▾

❤ 1                                                      Chronological ▾

1 share
1 Comment

**Virginia SGP** Does the term "very smooth" indicate you will send over whatever LCPS requests because there is more tax revenue? Or might the BOS try to determine if LCPS needs that much funding especially given LCPS' retention rate is much higher than surrounding counties and LCPS had a whopping $34M in excess funding last year.

We know LCPS inflates its budget request and that the school board seeks massive raises since 4 of the 9 have spouses who work in the schools. Will you expropriate taxpayer money to handout to their spouses? Or be good stewards of taxpayer money?
Like · Reply · 21 hrs

**Supervisor Matt Letourneau** I always review the School Board's request carefully, but to be clear, funds that are not expended by LCPS return to the Board of Supervisors. We're in the middle of that process now and I expect an item coming to us in the next month returning funding. That said, with a budget of over $1 billion, I would expect LCPS to finish the year with excess funds of at least that much, if not more– quite honestly, 3% percent is a smaller buffer. The County maintains excess funds for major unplanned expenses (facility problems, weather issues beyond what would normally be expected, etc), and we expect LCPS to do the same.
Like · Reply · 20 hrs

**Brian Davison** So you are suggesting that LCPS plan a buffer? The reason I ask is that carryover funding appears to be budgeted for LCPS but at a much lower rate. LCPS midyear reviews suggested they would underburn by less than $10 last year but the final number was $30M. Nobody has a problem with prudent management but it seems the LCPS budget is knowingly inflated partly to have extra end-of-year money. Are you saying that is not true?

Also, are you suggesting that as long as tax revenues are healthy, the BOS will support LCPS giving large raises to LCPS personnel even though their retention numbers are sky high? That didn't appear to be the rationale of Buona earlier this year when he suggested LCPS compare salaries to a 40-mile radius instead of only high cost of living counties to the East. What is the process by which the BOS decides how much to give LCPS? Will any request be funded if the equalized tax rate can pay for it?
Like · Reply · 20 hrs · Edited

**Supervisor Matt Letourneau** I don't believe they made any major

### Government Official



🔲 Invite friends to like this Page

Recommend this Page to friends

The official Facebook page for Dulles District Supervisor Matt Letourneau

👍 **3,602 people like this and 3,582 people follow this**

**About**                                    See All

💬 **Message Now**

🌐 **www.loudoun.gov/Default.aspx?tabid=3998**

📷 **Government Official**

**Visitor Posts**                                    ❯

 **Vanita Kataria**
February 18 at 12:23pm · ❤

🎞 Supervisor Letourneau, what are we doing to educate the residents of... See More

3 Likes    1 Comment
Like · Comment

 ▾

**Joe Haymarket**
February 18 at 11:02am · ❤

● Chat (1)
...................... ... ...

1 Comment
Like · Comment

▪ ▾

 **Tina Allder Valdov**
February 8 at 8:12am · ❤

Big accident on 606 east right before the

**People Also Like**



expenditures with their fund balance, and once the fiscal year is over, they can't make any expenditures with it, so there wouldn't be much incentive for them to do so. It has to go back to the Board of Supervisors anyway. I think every Board member has their own way of evaluating budget requests, but we don't have line item budget authority, so we really have to deal with macro issues because they can change their budget during reconciliation anyway.

Like · Reply · 19 hrs

**Brian Davison** I think there are some legitimate concerns.

1. As you know, the LCSB has an item on their legislative agenda to allow school boards to keep their fund balances. That is supported by Jeff Morse. While unlikely to pass, given their inaccurate budgets and $30M+ balances, it is concerning.

2. The BOS and county has done a very good job diversifying the tax base to the point that the equalized rate (with no inflation) will nearly fund the FY18 budget. However, it is well known that LCSB submits a (inflated) wish list to the BOS so that after negotiations, LCPS still receives a substantial per pupil increase. Press releases indicate some on the BOS are not treating the LCPS submission as the negotiating position it really is and plan to fund the whole thing. The increased revenues from the county will simply be wasted as largess on LCPS. While you do not have line item vetos, many hope the BOS doesn't simply transfer taxpayer funds to LCPS for clearly unnecessary raises above and beyond step increases.

3. Lastly, while fund balances are returned to the county, I don't think you intend to run a bank with large amounts of retained capital. There is incentive to spend year end fund balances with less scrutiny than the regular budget. Any balance that was not budgeted is clearly result of inaccurate budgeting. Such inflated budgets should not be rewarded. Do you disagree?

Thanks for the answer.

Like · Reply · 18 hrs · Edited



**Brian Davison** As an aside, you use this page to answer constituents' questions and increase transparency. However, given the way Facebook currently works, if I were to block Chair Phyllis J. Randall's or Ralph Buona for Loudoun's personal profile, neither could even view my top-level comment or any part of our follow-on discussion. Suppose that I took offense to Phyllis Randall's pejorative statement that she would "pray for" me or I objected to her progressive political stance. Comments under your Facebook page would be hidden from another BOS member simply based on my viewpoint discrimination. And you would never know which Facebook members, including elected Loudoun Supervisors, could not see this discussion because you have no way of knowing who has blocked whom. How messed up is that?

Of course, I haven't blocked any Facebook users so they all can see this discussion thread. I would submit that it's in politicians' interest for Facebook to change its practices and treat public bodies' Facebook pages as true limited public forums. The public body should be allowed full editorial control over its forum. That is why I asked the Loudoun BOS in October of 2016 to stop using Facebook to host discussions since you all have essentially accepted/condoned the censorship of any commenter on your thread. Of course, it's best to adjudicate this in court so that a federal judge can rule it's currently unconstitutional for any US public body to use Facebook as a discussion forum. That way, Facebook will be incentivized to change its software's behavior.

Btw, Ms. Judkins, you can add this as another planned exhibit for trial. I'll take a screenshot and send it over shortly. I think the issues have been fully demonstrated in this post.

Like · Reply · 15 hrs

 Write a reply...



 Write a comment...





Liked by This Page





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾

Facebook © 2017