FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2017 MAR 10  A 10: 59

CLERK U. [illegible] COURT
ALEXANDRIA, VIRGINIA

BRIAN C. DAVISON,

      Plaintiff

v.                                      Case No. __1:16-cv-932__

LOUDOUN COUNTY BOARD
OF SUPERVISORS, and

PHYLLIS RANDALL,

      Defendants.

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION

Plaintiff, Brian C. Davison (hereinafter "Davison") respectfully moves the Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Civil Rule 37, for an order compelling Defendants Loudoun Board of Supervisors (BOS) to produce material responsive to Plaintiff's Interrogatories.

In support of this motion, Plaintiff incorporates his memorandum in support.

WHEREFORE, Plaintiff requests this Court order Defendant Loudoun BOS to produce materials responsive to Plaintiff's Interrogatories within seven calendar days of the entry of the Order on this Motion.

ACTING PRO SE

               Brian C Davison
               43724 Stone Fence Ter
               Leesburg, VA 20176
               571.577.8360
               bcdavison@hotmail.com

## CERTIFICATION

I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of this document.

I hereby certify that on the 10th day of March, 2017, a true copy of the foregoing pleading was emailed to the law office of counsel for the Defendants. The pleading was also filed in person with the Clerk of Court and Defendants' counsel will receive a copy via PACER.

Julia B. Judkins, VSB No. 22597
Bancroft, McGavin, Horvath and Judkins
9990 Fairfax Blvd, Suite 400
Fairfax, VA 22030
Tel: 703.385.1000
Fax: 703.385.1555
jjudkins@bmhjlaw.com
Counsel for Defendants

Brian C. Davison
43724 Stone Fence Ter
Leesburg, VA 20176
Tel: 571.577.8360
bcdavison@hotmail.com
Plaintiff