FILED

UNITED STATES DISTRICT COURT
Eastern District of Virginia
Alexandria Division

2017 MAR 15 P 12: 42

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

BRIAN C. DAVISON

Plaintiff,

v.

LOUDOUN COUNTY BOARD OF
SUPERVISORS, ET. AL.,

Defendants.

Case No.:
1:16-CV-932
(JCC/IDD)

## PLAINTIFF'S DESIGNATION OF TRIAL EXHIBITS

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff Brian C. Davison hereby designates the following exhibits he intends to offer into evidence at trial of this case:

| Exhibit # | Exhibit Description |
|---|---|
| 1 | Facebook - Virginia SGP Feb 2, 2016 post |
| 2 | Feb 3, 2016 LEAP town hall video (CD-ROM) |
| 3 | Feb 3, 2016 bcdavison tweet 1955 |
| 4 | Feb 3, 2016 bcdavison tweet 2034 |
| 5 | Facebook - LEAP Feb 3, 2016 post |
| 6 | Facebook - Virginia SGP Feb 4, 2016 @0003 post |
| 7 | Facebook - Buona Feb 4, 2016 post |
| 8 | Facebook - Chair Randall Feb 4, 2016 @0854 post |
| 9 | Facebook - Chair Randall Feb 6, 2016 @1147 post |
| 10 | Loudoun Times-Mirror forum Feb 4, 2016 @1317 comment |
| 11 | Facebook - Chair Randall Apr 20, 2016 post |
| 12 | Email - Rogers Feb 4, 2016 @0017 |
| 13 | INT-05 Use of Social Media Policy |
| 14 | COMM-01 Media Relations Policy |
| 15 | Facebook - Chair Randall Dec 14, 2016 pages |
| 16 | Facebook - LTM Randall responds Oct 1, 2016 comment |

| | |
|---|---|
| 17-31 | Chair Phyllis J Randall Newsletters |
| 32 | Facebook pages of 7 BOS Supervisors |
| 33 | Facebook - Blocking insturctions |
| 34 | Facebook - Ban Users instructions |
| 35 | Facebook - Manage comments instructions |
| 36 | Facebook - Hide comment instructions |
| 37 | Facebook - Report profiles |
| 38 | Facebook - Page basics |
| 39 | Facebook - Page roles |
| 40-50 | Amonson emails to LoCo, Apr 3, 2016 to Jun 23 |
| 51 | Glen Barbour email to Amonson July 8, 2015 |
| 52 | Charles Yudd email to Amonson July 22, 2015 |
| 53 | Williamson email to Plowman Jan 4, 2016 |
| 54 | Facebook-LoCo-July 19, 2016 FOIA-post-comment-#2 |
| 55 | Facebook-LoCo-July 19, 2016 FOIA-post-comment-#2-deleted-#1 |
| 56 | Facebook-LoCo-July 19, 2016 FOIA-post-2-comments-counted |
| 57 | Facebook-LoCo-July 19, 2016 FOIA-post-2-comments-hidden |
| 58 | Facebook-LoCo-July 19, 2016 FOIA-post-comment-#3 |
| 59 | Facebook-LoCo-July 19, 2016 FOIA-post-comment-#4 |
| 60 | Facebook-LoCo-July 19, 2016 FOIA-post-comment-#3-deleted-#4 |
| 61 | Facebook-LoCo-July 19, 2016 FOIA-post-public-view |
| 62 | July 19, 2016 FOIA opinion from County Attorney Leo Rogers |
| 63 | Davison email to Buona Jul 19, 2016 |
| 64 | Rogers email to Davison Jul 20, 2016 |
| 65 | Davison email to Rogers Jul 20, 2016 |
| 66 | Davison email to BOS Jul 20, 2016 |
| 67 | Davison email to Amonson Jul 21, 2016 |
| 68 | Davison email to Barbour Jul 21, 2016 |
| 69 | Davison email to Rogers Jul 22, 2016 |
| 70 | Barbour email to Facebook Jul 25, 2016 |
| 71 | Defendant Randall's Interrogatory Answers |
| 72 | Defendant Loudoun BOS' Interrogatory Answers |
| 73-74 | <placeholder> |
| 75 | New Loudoun County social media comment policy Nov 22, 2016 |
| 76 | Randall newsletter on commission on women |
| 77 | Barbour email to Plowman April 13, 2016 |
| 78 | Facebook-Letourneau FY18 budget, Feb 22, 2017 post |

| 79 | <placeholder> |
|---|---|
| 80 | Davison email to BOS Oct 13, 2016 |
| 81 | Facebook-LCAS-post-Mar 18, 2016 |
| 82 | Facebook-LCAS-addtl-comments-Mar 18, 2016 |
| 83 | Facebook-Saines-post-Aug 12, 2016 |
| 84 | Facebook-Saines-addtl-comments-Aug 12, 2016 |
| 85 | Facebook-LCAS-thread-Mar 18, 2016 |
| 86 | Facebook-Saines-thread-Aug 12, 2016 |
| 87-90 | <placeholder> |
| 91 | Special Prosecutor Bryan Porter email |
| 92 | Special Prosecutor Conflict of Interest opinion |
| 93 | Chair Phyllis J Randall Facebook page admins |
| 94 | Friends of Phyllis J. Randall page |
| 95 | Phyllis Randall Profile |
| 96 | Amonson email to Dr Luce - Jun 17, 2015 |
| 97 | Amonson email to Rogers - Jul 17, 2015 |
| 98 | Amonson emaili to Rogers - Nov 10, 2015 |
| 99 | Amonson email to Randall, Apr 29, 2016 |

Plaintiff reserves the right to supplement these trial exhibits pending Defendant Loudoun BOS answers to interrogatories and as additional information or documents become known or available.

Dated: 15 Mar 2017                                Respectfully submitted,

_B C D_
Brian C. Davison
43724 Stone Fence Ter
Leesburg, Virginia 20176
571.577.8360
bcdavison@hotmail.com

3

## CERTIFICATION

I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of this document.

I hereby certify that on the 15th day of March, 2017, a true copy of the foregoing pleading was emailed to the law office of counsel for the Defendants. The pleading was also filed in person with the Clerk of Court and Defendants' counsel will receive a copy via PACER.

Julia B. Judkins, VSB No. 22597
Bancroft, McGavin, Horvath and Judkins
9990 Fairfax Blvd, Suite 400
Fairfax, VA 22030
Tel: 703.385.1000
Fax: 703.385.1555
jjudkins@bmhjlaw.com
Counsel for Defendants

_B C D_
Brian C. Davison
43724 Stone Fence Ter
Leesburg, VA 20176
Tel: 571.577.8360
bcdavison@hotmail.com
Plaintiff