# Fwd: social media policy

**Meredith Amonson** &lt;meredithamonson@gmail.com&gt;

Fri 4/15/2016 6:25 PM

To: Brian Davison &lt;bcdavison@hotmail.com&gt;;

---------- Forwarded message ----------
From: **Stively, Nina** &lt;Nina.Stively@loudoun.gov&gt;
Date: Friday, April 15, 2016
Subject: social media policy
To: Meredith Amonson &lt;meredithamonson@gmail.com&gt;

Ms. Amonson:

Thank you for your message. Our staff has determined that you are not blocked from the Department of Animal Services' Facebook page. If you are having difficulties posting to our page, it is not the result of any action taken by the Department.

In accordance with policy, the County reserves the right to delete submissions that contain vulgar language, personal attacks of any kind, or offensive comments that target or disparage any ethnic, racial or religious group. Further, the county also reserves the right to delete comments that: (i) are spam or include links to other sites; (ii) are clearly off topic; (iii) advocate illegal activity; (iv) promote particular services, products, or political candidates or organizations; (v) infringe on copyrights or trademarks; or (vi) may tend to compromise the safety or security of the public or public systems.

Please keep these guidelines in mind when posting on the Department of Animal Services' page. A number of your posts have been removed in the past because they have been clearly off topic.

Sincerely,

Nina Stively

Nina Stively, CAWA

Director of Animal Services

Loudoun County, VA

Direct: 703-771-5456

Cell: 571-233-1946

www.loudoun.gov/animals

**EXHIBIT 4 (a)**

