

EXHIBIT 4 (b)

# Re: Blocked from county Facebook page

Meredith Amonson <meredithamonson@gmail.com>

Thu 6/23/2016 5:45 PM

To: Spring, Milissa <Milissa.Spring@loudoun.gov>; Rogers, Leo <Leo.rogers@loudoun.gov>;

Bcc: bcdavison@hotmail.com <bcdavison@hotmail.com>;

Ms Spring,

Thank you for correcting the unconstitutional Facebook block.

I am unblocked at this time.

Meredith Amonson

On Thursday, June 23, 2016, Spring, Milissa <Milissa.Spring@loudoun.gov> wrote:

> Ms. Amonson:
>
> Mr. Rogers asked me to respond to your message below. You should have no issues with posting to the County's Facebook page at this time.
>
> The County's Use of Social Media Policy provides the following:
>
>> Once posted, the county reserves the right to delete submissions that contain vulgar language, personal attacks of any kind, or offensive comments that target or disparage any ethnic, racial or religious group. Further, the county also reserves the right to delete comments that: (i) are spam or include links to other sites; (ii) are clearly off topic; (iii) advocate illegal activity; (iv) promote particular services, products, or political candidates or organizations; (v) infringe on copyrights or trademarks; or (vi) may tend to compromise the safety or security of the public or public systems.
>
> Please keep these guidelines in mind when posting on the County's Facebook page.
>
> Thank you,
>
> *Milissa R. Spring*
>
> Deputy County Attorney
>
> Office of the Loudoun County Attorney
>
> 1 Harrison Street, SE
>
> P.O. Box 7000

Leesburg, VA 20177-7000

(703) 777-0307

(703) 771-5025 (fax)

**From:** Meredith Amonson [mailto:meredithamonson@gmail.com]
**Sent:** Thursday, June 23, 2016 12:50 PM
**To:** Rogers, Leo <Leo.Rogers@loudoun.gov>
**Subject:** Fwd: Blocked from county Facebook page

See below.

If I am not immediately unblocked from Loudoun County Governments Facebook page I will be taking legal action against both Loudoun County and the individual instructing the censoring of this page.

Censoring a citizens right to free speech is a violation of the constitution.

---------- Forwarded message ----------
From: **Meredith Amonson** <meredithamonson@gmail.com>
Date: Wednesday, June 22, 2016
Subject: Blocked from county Facebook page
To: "Rogers, Leo" <Leo.rogers@loudoun.gov>

It appears I am blocked from commenting on Loudoun County's Government Facebook page. This is a violation of my constitutional rights of free speech.

I expect to be unblocked immediately.

Meredith Amonson