

EXHIBIT 4 (c)

**From:** Williamson, Heather <Heather.Williamson@loudoun.gov>
**Sent:** Monday, January 4, 2016 10:14 AM
**To:** Plowman, Jim <Jim.Plowman@loudoun.gov>
**Subject:** RE: FB Page

Yup. Additionally, the Lo County Social Media Comments policy is posted on our page and it covers spam, off topic posts, etc. When I banned that Bertram Lewis guy it was because he was threatening deputies.

Side note. I hit 1500 likes ☺

"The purpose of Loudoun County social media sites is is to present matters of public interest in Loudoun County, including its residents, businesses and visitors. We encourage you to submit your questions, comments and concerns, but please note that these sites are moderated online discussion sites.

Once posted, the county reserves the right to delete submissions that contain vulgar language, personal attacks of any kind, or offensive comments that target or disparage any ethnic, racial or religious group. Further, the county also reserves the right to delete comments that:

e spam or include links to other sites;
e clearly off topic;
ivocate illegal activity;
omote particular services, products, or political candidates or organizations;
fringe on copyrights or trademarks; or
ay tend to compromise the safety or security of the public or public systems.
Please note that the comments expressed on the Loudoun County social media sites do not reflect the opinions and position of Loudoun County government or its officers and employees.

If you have any questions concerning the operation of online moderated discussion, please contact the Loudoun County Commonwealth's Attorney's Office at OCA@loudoun.gov or contact Loudoun County Public Affairs and Communications at publicaffairs@loudoun.gov.

The Loudoun County social media policy can also be viewed by visiting: http://tinyurl.com/9Ingpdq"


**From:** Plowman, Jim
**Sent:** Monday, January 04, 2016 10:10 AM
**To:** Williamson, Heather <Heather.Williamson@loudoun.gov>
**Subject:** Re: FB Page

sounds good. his claim is bogus too. while he has a first amendment right to what he pleases.....we have no obligation to provide him a forum to do such.

Sent from my iPad

On Jan 4, 2016, at 9:54 AM, Williamson, Heather <Heather.Williamson@loudoun.gov> wrote:

> I talked to Nancy McCormick about the LoCo Gov FB page. She said they have the ability to post and reviews disabled to cut down on spam. She thinks most all of the departments have done that. I went ahead and took all that off our page. Users can still comment on posts we make. Our setup now matches the county page, the sheriff's office, etc.
>
> Nancy also advised that they have banned people from their page. Animal Services in particular has banned people for posting continuously. Similar to the same postings we have been receiving lately.