
EXHIBIT 4 (d)

From: **Meredith Amonson** <meredithamonson@gmail.com>
Date: Friday, April 29, 2016
Subject: Ayrshire Farm
To: "Randall, Phyllis" <Phyllis.Randall@loudoun.gov>

Mrs Randall,

There was absolutely sufficient evidence to support my claims. How else would you explain this evidence leading to charges and going to trial with a judge denying the states motion to nolle prosequi?

All my evidence was provided within the statute of limitations, that's all that is necessary.

Your answer is that you won't provide an answer either? Priceless. Looks like indeed Loudoun County residents need to be warned to file criminal complaints themselves as LCAS can not determine based on pictures and evidence what is a violation of state code. Your officer testified he didn't examine pigs, didn't fact check to see if what the farm told them was correct, and did not check to see if vet care was provided, which it wasn't.

In court Ayrshire testified animals had already died by the time LCAS inspected, which is why photos and witness accounts are necessary, and were provided.

Never would have pegged you as one to support and condone criminal animal cruelty. I stand corrected. Claiming there was insufficient evidence when I was told more evidence wasn't even necessary and indeed the evidence was enough for a trial which occurred in March is disturbing and frankly make a you look like a fool.

Thank you for your responses, I will quote you on all of them.

Meredith Amonson

On Friday, April 29, 2016, Randall, Phyllis <Phyllis.Randall@loudoun.gov> wrote:
Ms. Amonson

I cannot explain why the Department of Agriculture indicated that the charges were not brought because of a turnover in staff. At that time, there was no turnover in staff that would have had any bearing on this case, and, indeed, the case has been long closed. Charges were not brought because there was not sufficient evidence to support your claims. You waited several months between taking the photos and making a complaint with the Department. It is my understanding your concerns were immediately investigated yet there was no indication of cruelty. Animal control staff have been out to the property on multiple, unannounced occasions following your complaint and several anonymous ones, and have never seen any evidence of wrongdoing, and the case has been closed for nearly a year.

You are correct, I am Chair of this county, more important, like you I am a person that cares very much that animals are treated with care and kindness. This is also true of the staff at our animal shelter. I would take immediate action if I believed animals required protection.

I hope I've answered your questions, unless new information is presented or uncovered this is my final correspondence on this matter.

Thank you,
Phyllis Randall

Chair, Loudoun County
Board of Supervisors


**From:** Randall, Phyllis
**Sent:** Tuesday, April 26, 2016 5:13 PM
**To:** Meredith Amonson <meredithamonson@gmail.com>
**Cc:** Rogers, Leo <Leo.Rogers@loudoun.gov>; Stively, Nina <Nina.Stively@loudoun.gov>
**Subject:** RE: LCAS and Ayrshire Farm

Ms. Amonson,

Although you have indicated that I have no interest in this issues, that is simply not true. If I HAD ANY evidence that animals are being abused I would act and react. However, at this time, nor at any time since I have been Chair is that the case.

I cannot speak to nor address what took place before I took office. However, if correct I do think your question in the third paragraph requires an answer, if there are investigations that are not closed, why. This is a valid question and I will seek the answer to it.

I do not and would not tolerate ANY known abuse of animals my while I am Chair. If you have any evidence of current abuse, share that.

Phyllis Randall
Chair, County of Loudoun
Board of Supervisors


**From:** Meredith Amonson [mailto:meredithamonson@gmail.com]
**Sent:** Monday, April 25, 2016 2:25 PM
**To:** Randall, Phyllis <Phyllis.Randall@loudoun.gov>
**Cc:** Rogers, Leo <Leo.Rogers@loudoun.gov>; Stively, Nina <Nina.Stively@loudoun.gov>
**Subject:** LCAS and Ayrshire Farm

Chairman Randall,

What is being done about the failure of LCAS to address the crimes that occurred at Ayrshire Farm? Both the Loudoun County General District Court Judge as well as several experts on the field including veterinarians concluded severe neglect of the pigs at this farm.

Did LCAS decide not to enforce state code on the farm where LCAS employees and authorities are wined and dined at crystal and silver invitation only luncheons or is LCAS truly ignorant on pig health and what is and is not failure to comply with state animal welfare code? Why were state veterinarians from VDACS not involved?

When provided the same information LCAS was provided state veterinarians from VDACS immediately got in touch with LCAS due to the severity of neglect documented at this farm. VDACS said charges weren't brought by LCAS due to a turnover in staff. Is that true? If that's the case why weren't all investigations closed at that time?

There are many questions that need to be answered and the County refusing to discuss this situation is absolutely unacceptable.

Meredith Amonson
Sent from my iPhone

On Apr 29, 2016, at 3:27 PM, Meredith Amonson <meredithamonson@gmail.com> wrote:

I have absolutely not received a consistent answer and why charges were not brought have not been properly addressed.

You are the Chairman of the Board of Supervisors of all Departments of Loudoun County Government including Loudoun County Animal Services. This means fielding and answering questions regarding decisions made by LCAS

Again, why weren't criminal charges brought against Ayrshire Farm?

Refusing to answer a question isn't an answer. At this time the County has not provided an answer consistent with written statements made by the county.

I absolutely still want to know why all other cases weren't closed if "turnover in staff" is why this case was closed.

I have asked in every email I have sent you why charges weren't brought against Ayrshire Farm by LCAS. This inquiry isn't new.

Meredith Amonson