

**EXHIBIT 3**

# Chair Phyllis J. Randall

- Home
- About
- Endorsements
- Photos
- Likes
- Videos
- Posts

Create a Page

Following

## About
✎ Suggest Edits

**CONTACT INFO**

📞 Call (703) 777-0204

💬 Chair Phyllis J. Randall

✉ phyllis.randall@loudoun.gov

🌐 https://www.loudoun.gov/chair

**MORE INFO**

ⓘ About
Chair of the Loudoun County Board of Supervisors

🏛 Government Official

● Chat (3)

About  Create Ad  Create Page  Developers  Careers  Privacy  Cookies  Ad Choices  Terms  Help

Facebook © 2017
English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  Italiano  한국어  Deutsch  日本語  +