

EXHIBIT
4

# FOIA Request for records related to Ms. Randall's "Chair Phyllis J. Facebook page

**Rogers, Leo** <Leo.Rogers@loudoun.gov>

Thu 12/8/2016 10:35 AM

To: Brian Davison <bcdavison@hotmail.com>;

Cc: Julia Judkins <JJudkins@bmhjlaw.com>;

1 attachments (477 KB)
2016-12-02.png;

Mr. Davidson,

I am responding to your FOIA request. The information you requested is not contained in any public records held by Loudoun County. You are seeking information about Phyllis Randall's a private Facebook page. This Facebook page, which she personally operates and maintains, does not become a public merely because she is Chairman of the Board of Supervisors. Even though there is no duty under FOIA for the County or Ms. Randall to respond to your request, Mr. Randall voluntarily provided the attached screen shot from her Facebook page. As this is not a proper FOIA request, there will be no charge for providing you this information.



Leo P. Rogers
County Attorney
1 Harrison St., SE
P.O. Box 7000
Leesburg, VA 20177-7000
703-777-0307 (office)
703-777-0478 (direct)
571-465-0711 (cell)
703-771-5025 (fax)
Leo.Rogers@loudoun.gov

**From:** Brian Davison [mailto:bcdavison@hotmail.com]
**Sent:** Friday, December 02, 2016 9:56 AM
**To:** Rogers, Leo <Leo.Rogers@loudoun.gov>
**Cc:** BOS <BOS@loudoun.gov>
**Subject:** FOIA Request for records related to Ms. Randall's "Chair Phyllis J. Randall" Facebook page

Mr. Rogers,

This is a FOIA request for records related to Ms. Randall's "Chair Phyllis J. Randall" Facebook page. I am seeking records of all county employees who have administrative rights (or editing rights) for this Facebook page. Specifically, I am looking for any records that show which members of Ms. Randall's staff can edit/manage the page. Screenshots are acceptable as are a written statement by Ms. Randall that she certifies is accurate. Note that I am not seeking records relating to Ms.

Randall's discussion of public business (of which there are many) on this page. I simply am seeking the editorial/administration rights. If these privileges have changed since Jan 30, 2016, please provide a history of the records/rights since that time.

Please provide an estimate of any costs you may impose, if applicable, prior to incurring such costs.

Thank you for your assistance in this matter.

Regards,
Brian Davison