



EXHIBIT
tabbies
8

Search Facebook

# Friends of Phyllis Randall

@randall4chair

More

About

Endorsements

Photos

Likes

Events

Videos

Posts

Status

Photos

I'm sorry Miss Jackson, I am..

See All

Videos

My closing statement...I ask for your vote. Thank you

Politician

Search for posts on this Page

Invite friends to like this Page

A positive, issue focused campaign discussing education, transportation, ethics, protecting Loudoun's environment and intelligent, planned growth.

1,356 Likes
Jeanne Murphy Murck and 3 other friends like this

About See All

www.Randallforchair.com/

Politician

VISITOR POSTS

Chat (5)

Be the first to add a post.

Create Post

PEOPLE ALSO LIKE

Like

Like

Like

Privacy · Terms · Advertising · Ad Choices
Cookies · More

Facebook © 2017

**Posts**

Yesterday at 9:28am

Rosa Parks refused to give up her seat on the bus.

But she didn't trash the bus. *Big difference.*

Like   Comment   Share

5

Write a comment

Yesterday at 9:18am



Search Facebook

# Friends of Phyllis Randall
@randall4chair

- Home
- Endorsements
- Photos
- Likes
- Events
- Videos
- Posts

More ▼

## About
✎ Suggest Edits

### CONTACT INFO

http://www.Randallforchair.com/

### MORE INFO

**Hometown**
Leesburg, VA

**About**
A positive, issue focused campaign discussing education, transportation, ethics, protecting Loudoun's environment and intelligent, planned growth.

Politician

Chat (5)



# Friends of Phyllis Randall
@randall4chair

- Home
- About
- Endorsements
- Photos
- Likes
- Videos
- Posts

## Events

9 Subscribers

**UPCOMING EVENTS**

Friends of Phyllis Randall does not have any upcoming events.

**PAST EVENTS**

| | | | |
|---|---|---|---|
| NOV 1 | GET OUT THE VOTE RALLY!!! JUSTIN FAIRFAX ~ MI... | Sterling Headquarters 6 Pidg... | |
| | Sun 2 PM · Eileen Mary Murdock went | | |
| OCT 21 | Town Council Member Kelly Burk Host an evening to Co... | Andy's Pizza and Subs | |
| | Wed 6 PM · 9 guests | Leesburg | |
| OCT 18 | Support Phyllis Randall's campaign for Loudoun County ... | WeatherLea Farm | |
| | Sun 2 PM · 8 guests | Lovettsville | |
| OCT 3 | Canvass with Phyllis & Dr. Jill McCabe--THIS SATURDAY! | Coordinated Campaign Offic... | |
| | Sat 10 AM · 2 guests | | |
| SEP 26 | SIGN PICK UP/CHECK DROP OFF/CANVASS | 6 Pidgeon Hill Drive in Sterlin... | |
| | Sat 10 AM · 5 guests | | |
| AUG 22 | Randall for Chair Fundraiser | At the home of Li... | Chat (2) |
| | Sat 5 PM · 3 guests | | |
| AUG 22 | Door to Door with Phyllis Randall | Coordinated Campaign Offic... | |
| | Sat 9 AM · 7 guests | | |
| AUG 16 | Meet Phyllis Randall - Candidate for Chair of the Board ... | 18899 Woodburn Road - Lee... | |
| | Sun 2 PM · 12 guests | | |
| MAR 14 | Randall for Chair | Tally Ho Theater | |
| | Sat 12 PM · 35 guests | Leesburg | |



# Friends of Phyllis Randall
@randall4chair

Home

About

Endorsements

Photos

Likes

Events

Posts

## All Videos



**My closing statement...I ask for your vote. Thank...**
64 Likes · 3,459 views



**HelloTeam Randall, (Video Below) Can you believe...**
27 Likes · 1,530 views

Chat (2)







Like    Comment    Share

42

 Write a comment...

 January 16 at 11:33am



Like  Comment  Share

👍❤️😊 13  Top Comments

Write a comment...

**Terry Davis** He did not teach him anything did he
Like · Reply · January 17 at 9:12pm

January 15 at 9:20pm



Like  Comment  Share

👍 9

Write a comment...

January 11 at 8:10am



Like    Comment    Share

 17

Write a comment...

January 11 at 8:05am



Like    Comment    Share

 January 10 at 8:36am

Friends of Phyllis Randall

United States Senate

OFFICE OF THE [redacted] LEADER

DEMOCRATIC

February 12, 2009

The Honorable Harry Reid
Majority Leader
United States Senate
S-221 Capitol Building
Washington, D.C. 20510-0001

MITCH McCONNELL

Dear Harry: MITCH

The Senate has the Constitutional duty to provide its Advice and Consent on Presidential nominations, a duty which we take seriously. In consultation with our Ranking Members, we reaffirm our commitment to conduct the appropriate review of these nominations, consistent with the long standing and best practices of committees, regardless of which political party is in the majority. These best practices serve the Senate well, and we will insist on their fair and consistent application.

Therefore, prior to considering any time agreements on the floor on any nominee, we expect the following standards will be met:

1. The FBI background check is complete and submitted to the committee in time for review and prior to a hearing being noticed.
2. The Office of Government Ethics letter is complete and submitted to the committee in time for review and prior to a committee hearing.
3. Financial disclosure statements (and tax returns for applicable committees) are complete and submitted to the committee for review prior to a hearing being noticed.
4. All committee questionnaires are complete and have been returned to the committee. A reasonable opportunity for follow-up questions has been afforded committee members, and nominees have answered, with sufficient time for review prior to a committee vote.
5. The nominee is willing to have committee staff interviews, where that has been the practice.
6. The nominee has had a hearing.
7. The nominee agrees to courtesy visits with members when requested.
8. The nominee has committed to cooperate with the Ranking Member on requests for information and transparency.

There will be additional requirements, honoring the traditions of the Senate, for judicial nominees. These common sense standards and long standing practices will ensure that the Senate has had the opportunity to fairly review a nominee's record and to make an informed decision prior to a vote.

Sincerely,

MITCH McCONNELL,
REPUBLICAN LEADER

MM/rw

HUFFINGTON POST

Like Comment Share

6

Write a comment...

See More

