FILED

UNITED STATES DISTRICT COURT
Eastern District of Virginia
Alexandria Division

2017 MAY 15 P 1:17

ERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

BRIAN C. DAVISON

Plaintiff,

v.

LOUDOUN COUNTY BOARD OF
SUPERVISORS, ET. AL.,

Defendants.

Case No.:
1:16-CV-932
(JCC/IDD)

### PLAINTIFF'S REVISED FINAL PRETRIAL DISCLOSURES

Pursuant to This Court's Summary Judgment ruling, Plaintiff Brian C. Davison hereby designates the following revised pretrial disclosures.

I. Name of Each Witness Expected to be Presented: F.R.C.P. 26(a)(3)(A)(I):

① ✓ 6.   Brian Davison – Plaintiff  5/16/2017

② ✓ 14.  Phyllis Randall - Loudoun County Supervisor, Chair  5/16/2017

③ ✓ 15.  Jeanine Arnett, Chief of Staff, Office of the Loudoun County BOS Chair  5/16/2017

18.  Any witness identified by the Defendants

19.  Any witness necessary for impeachment or rebuttal

II. Name of Each Witness Who May Be Called: F.R.C.P. 26(a)(3)(A)(ii):

1. Plaintiff reserves the right to call any witness identified by the Defendant to whom no objection is noted by the Plaintiff.

III. Identification of Each Document or Other Exhibit: F.R.C.P. 26(a)(3)(A)(iii):

| Exhibit # | Exhibit Description |
|---|---|
| 1 | Facebook - Virginia SGP Feb 2, 2016 post  B. DAVISON 5/16/2017 |
| 2 | Feb 3, 2016 LEAP town hall video (CD-ROM)  B. DAVISON 5/16/2017 |
| (A) 3 | Feb 3, 2016 bcdavison tweet 1955  B. DAVISON 5/16/2017 |
| 4 | Feb 3, 2016 bcdavison tweet 2034  B. DAVISON 5/16/2017 |
| (A) 5 | Facebook - LEAP Feb 3, 2016 post  B. DAVISON 5/16/2017 |
| 6 | Facebook - Virginia SGP Feb 4, 2016 @0003 post  B. DAVISON 5/16/2017 |
| 7 | Facebook - Buona Feb 4, 2016 post  B. DAVISON 5/16/2017 |
| (A) 8 | Facebook - Chair Randall Feb 4, 2016 @0854 post  B. DAVISON 5/16/2017 |
| 9 | Facebook - Chair Randall Feb 6, 2016 @1147 post |
| 10 | Loudoun Times-Mirror forum Feb 4, 2016 @1317 comment  B. DAVISON 5/16/2017 |
| 11 | Facebook - Chair Randall Apr 20, 2016 post |
| 12 | Email - Rogers Feb 4, 2016 @0017 |
| 13 | INT-05 Use of Social Media Policy |
| (A) 14 | COMM-01 Media Relations Policy  5/16/2017 P. RANDALL |
| 15 | Facebook - Chair Randall Dec 14, 2016 pages |
| 16 | Facebook - LTM Randall responds Oct 1, 2016 comment |
| (A) 17-31 | Chair Phyllis J Randall Newsletters  P. RANDALL 5/16/2017 |
| 32 | Facebook pages of 7 BOS Supervisors |
| (A) 33 | Facebook - Blocking instructions  B. DAVISON 5/16/2017 |
| (A) 34 | Facebook - Ban Users instructions |
| 35 | Facebook - Manage comments instructions |
| (A) 36 | Facebook - Hide comment instructions |
| (A) 37 | Facebook - Report profiles |
| (A) 38 | Facebook - Page basics |
| (A) 39 | Facebook - Page roles |
| 70 | Barbour email to Facebook Jul 25, 2016 |
| 71 | Defendant Randall's Interrogatory Answers |
| 72 | Defendant Loudoun BOS' Interrogatory Answers |
| 73-74 | <placeholder> |
| 75 | New Loudoun County social media comment policy Nov 22, 2016  B. DAVISON 5/16/2017 |
| 76 | Randall newsletter on commission on women |
| 77 | Barbour email to Plowman April 13, 2016 |
| 78 | Facebook-Letourneau FY18 budget, Feb 22, 2017 post |
| 79 | <placeholder> |
| 81 | Facebook-LCAS-post-Mar 18, 2016 |

π's EX. 35 NOT orally ADMITTED BY THE COURT

2

| | | |
|---|---|---|
| | 87-90 | <placeholder> |
| | 92 | Special Prosecutor Conflict of Interest opinion |
| (A) ✓ | 93 | Chair Phyllis J Randall Facebook page admins  P. Randall 5/16/2017 |
| (A) ✓ | 94 | Friends of Phyllis J. Randall page  P. Randall 5/16/17 |
| | 95 | Phyllis Randall Profile |
| (A) ✓ | 101-199 | Screenshots of individual posts on the "Chair Phyllis J. Randall" page from its inception on December 30, 2015 until the present which are nearly entirely contained in Exhibit 15 above but individually presented for easier reference  P. Randall 5/16/2017 |
| | | Plaintiff reserves the right to identify and introduce at trial as additional exhibits any document produced by the Defendants in their discovery responses. |
| | | Any exhibit identified by the Defendants to which no objection is noted by the Plaintiff. |
| | | Plaintiff reserves the right to present additional documents, including screenshots of Defendant's Facebook pages, in rebuttal to Defendants' testimony or evidence. |
| | | |

✓ π EX 224 - REBUTTAL/IMPEACHMENT EXHIBIT  - P. Randall 5/16/2017
(A) ✓ π EX 112 - MARCH 17 POST  - P. Randall 5/16/2017
(A) ✓ π EX 213 - REDSKINS LONDON POST - OCT 8  - P. Randall 5/16/2017
(A) ✓ π EX 215 - LOUDOUN TRIBUNE POST - SEP 13 - P. Randall 5/16/2017

Dated: 15 May 2017                                Respectfully submitted,

(A) ✓ π EX 231 - EMAIL P. RANDALL TO B. DAVISON  - P. Randall 5/16/2017

B C D
Brian C. Davison
43724 Stone Fence Ter
Leesburg, Virginia 20176
571.577.8360
bcdavison@hotmail.com

(A) ✓ π EX 221 - FRIENDS OF RANDALL PAGE - P. Randall 5/16/2017
(A) ✓ π EX 219 - JAN. 24, 2016 POST  - P. Randall 5/16/2017
✓ π EX 201 -  - P. Randall 5/16/2017
✓ π EX 230 - AFFIDAVIT / DECLARATION  - P. Randall 5/16/2017

→ π'S EX. 201 NOT orally admitted - BUT NO OBJ BY Δ BY THE COURT

3