IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BRIAN C. DAVISON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )   1:16cv932 (JCC/IDD) |
| | ) |
| LOUDOUN COUNTY BOARD OF | ) |
| SUPERVISORS, et al., | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

For the reasons stated in the accompanying Memorandum of Decision, it is hereby ORDERED that

    1)   The Court's judgment shall be entered in favor of Plaintiff Brian C. Davison with respect to Plaintiff's claims under the First Amendment to the United States Constitution and Article I, § 12 of the Virginia Constitution;

    2)   It is ADJUDGED, and DECLARED that

        a)   Defendant Phyllis J. Randall acts under color of state law in maintaining her "Chair Phyllis J. Randall" Facebook page as it is presently constituted;

        b)   Defendant's "Chair Phyllis J. Randall" Facebook page, as presently constituted, operates as a forum for speech;

     c) Engaging in viewpoint discrimination in the administration of that forum violates the First Amendment to the United States Constitution and Article I, § 12 of the Virginia Constitution; and

  3) The Court's judgment shall be entered in favor of Defendant Phyllis J. Randall with respect to Plaintiff's due process claims under the Fourteenth Amendment to the United States Constitution and Article I, § 11 of the Constitution of Virginia, as well as Plaintiff's request for injunctive relief.

  The Clerk of the Court is directed to forward a copy of this Memorandum of Decision and Order to Plaintiff, *pro se*, and all counsel of record and to enter judgment pursuant to Federal Rule of Civil Procedure 58 in accordance with this Order.

  This Order is FINAL.

|  |  |
|---|---|
| July 25, 2017<br>Alexandria, Virginia | /s/<br>James C. Cacheris<br>UNITED STATES DISTRICT COURT JUDGE |