Cavalier Courier & Process Service
823-C South King Street
Leesburg, VA 20175
Phone: (703) 431-7085

**INVOICE**



Invoice #CAV-2016004302
7/22/2016



Brian Davison
43724 Stone Fence ter
Lansdowne, VA 20176-8409

**Case Number: Eastern 1:16-CV-932**

Plaintiff:
**Davison, Brian C.**

Defendant:
**Loudoun County Board of Supervisors; et al.**

Served: 7/21/2016 4:58 pm
To be served on: Phyllis Randall

ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Same Address Serve (NoVA) | 1.00 | 20.00 | 20.00 |
| **TOTAL CHARGED:** | | | $20.00 |
| 7/21/2016    #671           Pre-Payment | | | 20.00 |
| **BALANCE DUE:** | | | $0.00 |

Thank you for your business!

Due within 20 days of receipt
Please reference this invoice number with your payment.

Page 1 / 1

Cavalier Courier & Process Service  
823-C South King Street  
Leesburg, VA 20175  
Phone: (703) 431-7085

**INVOICE**



Invoice #CAV-2016004302  
7/22/2016

Brian Davison  
43724 Stone Fence ter  
Lansdowne, VA 20176-8409

**Case Number: Eastern 1:16-CV-932**

Plaintiff:  
**Davison, Brian C.**

Defendant:  
**Loudoun County Board of Supervisors; et al.**

Served: 7/21/2016 4:58 pm  
To be served on: Phyllis Randall

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Same Address Serve (NoVA) | 1.00 | 20.00 | 20.00 |
| TOTAL CHARGED: | | | $20.00 |
| 7/21/2016   #671   Pre-Payment | | | 20.00 |
| BALANCE DUE: | | | $0.00 |

**Thank you for your business!**

Due within 20 days of receipt  
Please reference this invoice number with your payment.

Page 1 / 1

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z

June 19, 2017
Tonia Harris     - $457.50
Money Sent

**Paid with**     **Sent to**
VISA x-2292     Tonia Harris
You'll see "PAYPAL *BHREPORTING" on your card statement.     bh.reporting13@gmail.com

**Ship to**     **Note to Tonia Harris**
Brian Davison     Davison v. Randall Tran Request
43724 Stone Fence Terr
Lansdowne, VA 20176     **Details**
United States     Sent to Tonia Harris     $457.50

**Transaction ID**     Total     $457.50
6C964418AD4068504

**Need help?**
If there's a problem, make sure to contact the seller through
PayPal by **December 16, 2017.**